## CONSENT TO SUE

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of Pie Pie Pizza and Luigi's Pizza and its owners and affiliates to pay me, *inter alia*, wages as required under state and/or federal law and also authorize the filing of this consent in the lawsuit challenging such conduct, and consent to being named as a representative plaintiff in this action to make decisions on behalf of all other plaintiffs concerning all aspects of this lawsuit. I have been provided with a copy of a retainer agreement with the law firm of Levin-Epstein & Associates, P.C., and I agree to be bound by its terms.

Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre y en mi nombre para impugnar el incumplimiento de Pie Pie Pizza and Luigi's Pizza y sus propietarios y afiliados de pagarme, entre otras cosas, los salarios requeridos por el estado y/o o la ley federal y también autorizo la presentación de este consentimiento en la demanda que impugna tal conducta, y el consentimiento para ser nombrado como demandante representante en esta acción para tomar decisiones en nombre de todos los demás demandantes con respecto a todos los aspectos de esta demanda. Me han proporcionado una copia de un acuerdo de retención con el bufete de abogados de Levin-Epstein & Associates, P.C., y acepto estar sujeto a sus términos.

**AARON HERNANDEZ**

*[signature: Aaron Hernandez]*
Aaron Hernandez

Dated: 9-28-22