# AFFIDAVIT OF NON SERVICE

Client's File No.: hernandez vs.

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

INDEX NO.: 1:22-CV-06918
COUNTY OF EASTERN



AARON HERNANDEZ, on behalf of himself and others similarly situated in the proposed FLSA Collective Action

*Plaintiff*

vs

HAPPY STREET, LLC, HAPPY STREET TOO LLC, AND SLOBODAN RADIVOJEVIC (A/K/A BOB RADIVOJEVIC)

*Defendant*

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: 03/06/2023, at the following time: 1:05 PM, at 924 COLUMBUS AVENUE, NEW YORK, NY 10025, deponent attempted to serve the within SUMMONS IN A CIVIL ACTION AND COMPLAINT
upon SLOBODAN RADIVOJEVIC (A/K/A BOB RADIVOJEVIC)
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at
924 COLUMBUS AVENUE, NEW YORK, NY 10025
deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] house/building vacant
- [ ] moved, left no forwarding
- [ ] address does not exist
- [ ] evading
- [ ] service canceled by litigant
- [ ] unable to serve in timely fashion
- [ ] no other occupants / tenants over 18 years of age
- [X] Other: SERVICE ATTEMPTED AT ADDRESS. LOCATION IS A APARTMENT BUILDING BUT HE IS NOT LISTED. APARTMENT NUMBER WOULD BE NEEDED TO ATTEMPT FURTHER.

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 03/06/2023 | 1:05 PM | 924 COLUMBUS AVENUE, NEW YORK, NY 10025 |

Sworn to before me on 03/08/2023

NOTARY PUBLIC
DIANNE GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6025621, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES, AUGUST 3, 2023

IBRAHIM ABDULAI MASIGAN
DCA License # 2083169

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*