**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Aaron Hernandez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                               *Plaintiffs*,

-against-

Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic),

                               *Defendants*.
-----------------------------------------------------------X

Index No.: 22-cv-06918-DG-TAM

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned of Levin-Epstein & Associates, P.C. hereby appears in the above-captioned case on behalf of Plaintiff Aaron Hernandez (the "Plaintiff") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

                LEVIN-EPSTEIN & ASSOCIATES, P.C.
                60 East 42nd Street, Suite 4700
                New York, New York 10165

Dated: March 31, 2023
       New York, New York

                                       By:   /s/*Jason Mizrahi*
                                               Jason Mizrahi, Esq.
                                               Levin-Epstein & Associates, P.C.
                                               60 East 42nd Street, Suite 4700
                                               New York, New York 10165
                                               Telephone: (212) 792-0048
                                               Email: Jason@levinepstein.com