Job #: 1531290

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165

| | |
|---|---|
| AARON HERNANDEZ, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION<br><br>*Plaintiff*<br><br>vs<br><br>HAPPY STREET LLC, HAPPY STREET TOO LLC, AND SLOBODAN RADIVOJEVIC (A/K/A BOB RADIVOJEVIC)<br><br>*Defendant* | Index Number: 1:22-CV-06918-DG-TAM<br><br>Client's File No.: hernandez vs. happy<br><br>Court Date:<br><br>Date Filed: 11/14/2022 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
RIGOBERTO OCASIO, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **5/5/2023**, at **2:45 PM** at: **924 COLUMBUS AVENUE, NEW YORK, NY 10025** Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL COVER SHEET**

On: **HAPPY STREET LLC**, Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to **Tony Doe** personally. Deponent knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be General Agent thereof.

☒ **#2 DESCRIPTION**

| Sex: Male | Color of skin: White | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 45 | Height: 5ft 4in - 5ft 8in | Weight: 161-200 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on 05/08/2023

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

RIGOBERTO OCASIO
DCA License # 1340466



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*