**UNITED STATES DISTRICT COURT**
**STATE OF NEW YORK, EASTERN DISTRICT**

Job #: 1531968

Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165

| | |
|---|---|
| AARON HERNANDEZ, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION<br><br>vs<br><br>HAPPY STREET LLC, HAPPY STREET TOO LLC, AND SLOBODAN RADIVOJEVIC (A/K/A BOB RADIVOJEVIC)<br>*Plaintiff*<br>*Defendant* | Index Number: 1:22-CV-06918-DG-TAM<br>Client's File No.: hernandez vs. happy st<br>Court Date:<br>Date Filed: 11/14/2022 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
NICHOLAS VIVEROS, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **5/8/2023**, at **11:02 AM** at: **924 COLUMBUS AVENUE, NEW YORK, NY 10025** Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL COVER SHEET**

On: **HAPPY STREET LLC**, Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to John Doe, REFUSED NAME personally. Deponent knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be General Agent thereof.

☒ **#2 DESCRIPTION**

| Sex: Male | Color of skin: Tan | Color of hair: Wearing Hat | Glasses: |
|---|---|---|---|
| Age: 35-45 | Height: 5ft 4in - 5ft 8in | Weight: 161-200 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on 05/09/2023

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

NICHOLAS VIVEROS
DCA License # 2094853-DCA



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*