**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

Aaron Hernandez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                        *Plaintiff*,

      - against -

Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic),

                        *Defendants.*
------------------------------------------------------------X

Case No: 1:22-cv-06918

**AFFIRMATION OF SERVICE**

JOSHUA D. LEVIN-EPSTEIN, an attorney duly admitted to practice law in the State of New York, hereby declares that on May 30, 2023, I have served a true and correct copy of: (i) the May 30, 2023 Status Report Order; and (ii) a true and complete copy of the Court Docket, as of May 30, 2023, by sending the same by first class mail, addressed to the last known address of the recipient(s) as indicated below and upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

    Happy Street LLC
    924 Columbus Avenue
    New York, NY 10025

    Happy Street Too LLC
    924 Columbus Avenue
    New York, NY 10025

    Slobodan Radivojevic (a/k/a Bob Radivojevic)
    924 Columbus Avenue
    New York, NY 10025

Dated: New York, New York
         June 1, 2023

                                        By:    /s/ Joshua D. Levin-Epstein, Esq.
                                                   Joshua D. Levin-Epstein, Esq.
                                                   Levin Epstein & Associates, P.C.
                                                   60 East 42nd Street, Suite 4700
                                                   New York, NY 10165
                                                   Telephone: (212) 792-0046
                                                   Email: Joshua@levinepstein.com
                                                   *Attorneys for Plaintiff*

Cc:	All parties via ECF