UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
Aaron Hernandez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                            *Plaintiff*,

    - against -

Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic),

                            *Defendants*.
-----------------------------------------X

Case No.: 1:22-cv-06918-DG-TAM

**REQUEST FOR ENTRY OF DEFAULT**

Plaintiff Aaron Hernandez ("Plaintiff"), on behalf of himself and others similarly situated, by and through his attorneys, Levin-Epstein & Associates, P.C., respectfully requests that the Clerk of the Court enter the default of the defendants Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic) (collectively, the "Defaulting Defendants") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend, as more particularly set forth in the annexed affidavit of Jason Mizrahi, Esq. A Clerk's Certificate is enclosed herewith.

Dated: New York, New York
        July 27, 2023

                                              Respectfully submitted,

                                              By: /s/ Jason Mizrahi
                                                    Jason Mizrahi
                                                    Levin-Epstein & Associates, P.C.
                                                    60 East 42nd Street, Suite 4700
                                                    New York, New York 10165
                                                    Tel: (212) 792-0048
                                                    Email: Jason@levinepstein.com
                                                    *Attorneys for the Plaintiff and proposed FLSA Collection Action Plaintiffs*