UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
Aaron Hernandez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

         *Plaintiff*,

  - *against* -

Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic),

         *Defendants*.
-----------------------------------------X

Case No.: 1:22-cv-06918-DG-TAM

**[PROPOSED] CERTIFICATE OF DEFAULT**

  I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendants Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic) (collectively, the "Defaulting Defendants") have not filed an answer or otherwise moved with respect to the first amended complaint herein. The default of Defaulting Defendants is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
    July 27, 2022

                Brenna B. Mahoney, Clerk of Court

            By: _____
               Deputy Clerk