# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Joshua@levinepstein.com

August 31, 2023

**VIA ECF**
The Honorable Taryn A. Merkl, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Hernandez v. Happy Street LLC et al*
        **Case No.: 1:22-cv-06918-DG-TAM**

Dear Honorable Magistrate Judge Merkl:

 This law firm represents plaintiff Aaron Hernandez (the "Plaintiff") in the above-referenced matter.

 Pursuant to the directives in Your Honor's July 20, 2023 Status Report Order this letter respectfully serves to provide the Court with a status update in the above-referenced action.

 Simultaneously herewith, the undersigned has filed an application for a clerk's certificate of default, in anticipation of a motion for default, as against Defendants Happy Street LLC, Inc. and Happy Street Too LLC (together, the Corporate Defendants"), and Slobodan Radivojevic a/k/a Bob Radivojevic (the "Individual Defendant", and collectively with the Corporate Defendants, the "Defendants").

 Following the entry of a clerk's certificate of default, Plainitff intends to file a motion for default judgment, in the event of Defendants' continued non-appearance.

 Thank you, in advance, for your time and attention to this matter.

              Respectfully submitted,

              LEVIN-EPSTEIN & ASSOCIATES, P.C.

           By: */s/ Jason Mizrahi*
             Jason Mizrahi, Esq.
             60 East 42nd Street, Suite 4700
             New York, New York 10165
             Tel. No.: (212) 792-0048
             Email: Jason@levinepstein.com
             *Attorneys for Plaintiff*

VIA ECF: All Counsel