UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AARON HERNANDEZ, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                Plaintiff,

    -against-

HAPPY STREET LLC, HAPPY STREET TOO LLC, and SLOBODAN RADIVOJEVIC (a/k/a BOB RADIVOJEVIC,

                               Defendants.
-------------------------------------------------------------------X

Case No. 1:22-cv-06918-DG-TAM

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that Defendant, SLOBODAN "BOB" RADIVOJEVIC, does hereby appear in this action for all purposes through counsel, JOHNSON LITIGATION GROUP, P.C., and the undersigned.

PLEASE TAKE FURTHER NOTICE, that all notices, filings, proceedings, papers, correspondence and the like shall be served upon the undersigned at the electronic and post office address listed below.

Dated: Great Neck, New York
        October 10, 2023

                                                      JOHNSON LITIGATION GROUP, P.C.

                                                        _____
                                                        By:    Kevin S. Johnson, Esq.
                                                        *Attorneys for Slobodan "Bob" Radivojevic*
                                                        1 Linden Place, Suite 207
                                                        Great Neck, NY 11021
                                                         O:  646.590.0571
                                                         C:  929.801.0505
                                                         kjohnson@jlitlaw.com