UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AARON HERNANDEZ, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                Case No. 1:22-cv-06918-DG-TAM

                Plaintiff,        **NOTICE OF APPEARANCE**

-against-

HAPPY STREET LLC, HAPPY STREET TOO LLC, and SLOBODAN RADIVOJEVIC (a/k/a BOB RADIVOJEVIC,

                Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Defendant, **SLOBODAN "BOB" RADIVOJEVIC**, does hereby appear in this action for all purposes through counsel, **JOHNSON LITIGATION GROUP**, P.C., and the undersigned.

**PLEASE TAKE FURTHER NOTICE**, that all notices, filings, proceedings, papers, correspondence and the like shall be served upon the undersigned at the electronic and post office address listed below.

Dated: Great Neck, New York
        October 27, 2023

                                                **JOHNSON LITIGATION GROUP, P.C**.

                                                /s/ *Deborah R. Kick*
                                                _____
                                                By: **DEBORAH R. KICK, ESQ.**
                                                *Attorneys for Defendant*
                                               **SLOBODAN "BOB" RADIVOJEVIC**
                                               1 Linden Place, Suite 207
                                               Great Neck, New York 11021
                                               O:  646.590.0571
                                               C:  929.801.0430
                                               dkick@jlitlaw.com