Form 27 - AFFIDAVIT OF SERVICE


P20255372

| to Johnson Litigation Group, P.C (FKA -HAMRA, LLP) | Tina Vaswani |
|---|---|

U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

| AARON HERNANDEZ, on behalf of himself and others similarly situated in the proposed FLSA Collective Action, | Index No. **1:22-cv-06918-DG-TAM** |
|---|---|
| PLAINTIFF | Date Filed |
| - vs - | Office No. |
| HAPPY STREET LLC, ETAL | Court Date. |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**    :SS:

**FREDDI SIMON** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **06TH** day of **NOVEMBER, 2023 1:16PM** at
**60 EAST 42ND STREET
SUITE 4700
NEW YORK NY 10016**
I served a true copy of the **ANSWER** upon **LEVIN-EPSTEIN & ASSOCIATES, P.C.** the **ATTORNEY FOR PLAINTIFF** therein named by delivering to, and leaving personally with **Josh Epstein, ATTORNEY**, who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **ATTORNEY FOR PLAINTIFF**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**    COLOR: **FAIR**  HAIR: **GREY**
APP.AGE: **45-55** APP. HT: **5'8** APP. WT: **145**
OTHER IDENTIFYING FEATURES

Sworn to before me this
07TH day of NOVEMBER, 2023

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

FREDDI SIMON 2066183
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-SV&HLLP-20255372