Case Name: __Hernandez v. Happy Street LLC et al__   Case Number: __22__-CV-__06918__ (__DG__) (TAM)

## CASE MANAGEMENT WORKSHEET

### Preparation for Initial Conference

| | |
|---|---|
| Rule 26(f) conference held? | Date: 11/10/2023 |
| Deadline for Rule 26(a) initial disclosures and any HIPAA-compliant records authorizations: | 11/30/2023 |
| Procedures discussed for producing Electronically Stored Information (ESI)? | Yes ☐  No ☐  **N/A** |
| Confidentiality Order to be submitted for Court approval? | Yes ☐  No ☐  **N/A** |
| Anticipated number of depositions: | Plaintiff(s): 3<br>Defendant(s): 1 |
| First requests for production of documents and for interrogatories due by: | 12/8/2023 |

### Proposed Deadlines for Pre-Settlement Discovery (Phase I)

| | |
|---|---|
| **Agreed upon completion date for Phase I Discovery:** (Reciprocal agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.) | 1/15/2024 |
| **Date for pre-settlement status conference with counsel:** (Proposed date to report the parties' preparedness for mediation or a settlement conference. Presumptively 10-15 days after the completion of Phase I Discovery.) | 1/31/2024 |

### Proposed Deadlines for Discovery and Motion Practice (Phase II)

| | |
|---|---|
| **Deadline to join new parties or amend pleadings as of right:** (Presumptively 15 days after initial settlement conference) | 1/31/2024 |
| **All fact discovery completed by:** (Presumptively 3.5 months after first requests for documents/interrogatories) | 2/21/2024 |
| Joint status report certifying close of fact discovery: | 2/21/2024 |
| Anticipated number of expert reports: | Plaintiff(s): 0<br>Defendant(s): 0 |

| | |
|---|---|
| **Exchange of expert disclosures completed by:**<br>(Presumptively 30 days after fact discovery) | n/a |
| **Expert depositions completed by:**<br>(Presumptively 30 days after initial expert disclosures) | n/a |
| **Exchange of rebuttal expert reports by:**<br>(Presumptively 30–45 days after initial expert disclosures) | n/a |
| **All expert discovery completed by:** | n/a |
| **CERTIFICATION OF THE COMPLETION OF ALL DISCOVERY BY:**<br>(Presumptively 9 months after Initial Conference) | 2/21/2024 |
| **Final date to take first step in dispositive motion practice:**<br>(Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days after completion of all discovery.) | 3/22/2024 |
| **Do the parties wish to be referred to EDNY's mediation program pursuant to Local Rule 83.8?** | Yes [X]   No [ ] |
| **Do the parties consent to trial before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?**<br>(The fillable consent form may be found at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. Consenting does not affect a party's right to a jury trial.) | Yes [ ]   No [X] |

SO ORDERED:

_____           _____
**TARYN A. MERKL**                                             **DATE**
United States Magistrate Judge