**Aaron Hernadez Vs Slobodan Radivojevic**

Date 11/30/2023

RECEIVED PRO SE OFFICE ON NOV.30TH @3:47PM

Slobodan Radivojevic
466 West 166st, apt 2
NY NY

Email bobe233@hotmail.com
Cell 9172070326

Honorable Judge Gujarati

I am kindly requesting a 60 days stay or extension in the case until i find counsel. I am this time without cosunsel and my prior counseler Kevin Johnson is not representing me.
Due to the holidays it will be very difficult for me to obtain suitable counsel in less than 60 days.

Sincerely,

_____-

Slobodan Radivojevic
466 west 166st apt 2
New York NY 10032