UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AARON HERNANDEZ, on behalf of all others     Case No. 1:22-cv-06918-DG-TAM
similarly situated in the proposed FLSA Collective Action,

                                                Plaintiff,

     -against-

HAPPY STREET LLC, HAPPY STREET TOO LLC,
And SLOBODAN RADIVOJEVIC
(a/k/a/ BOB RADIVOJEVIC),

                                                Defendants.
------------------------------------------------------------------------X

## NOTICE OF MOTION TO RELIEVE DEBORAH R. KICK, ESQ. AS COUNSEL FOR DEFENDANTS

Pursuant to Local Civil Rule 1.4, JOHNSON LITIGATION GROUP, P.C., current counsel for all Defendants, HAPPY STREET LLC, HAPPY STREET TOO LLC, and SLOBODAN RADIVOJEVIC (a/k/a/ BOB RADIVOJEVIC), above, moves this Court for an Order granting permission to relieve Deborah R. Kick, Esq.., as counsel to Defendants, HAPPY STREET LLC, HAPPY STREET TOO LLC, and SLOBODAN RADIVOJEVIC (a/k/a/ BOB RADIVOJEVIC),

The details of these issues are set forth in a proposed Declaration Deborah R. Kick, Esq. in Support of Motion to Withdraw.

WHEREFORE, counsel for Defendants, Johnson Litigation Group, P.C., and the undersigned respectfully request the Court grant the within motion and for such other and further relief as the Court may deem just and proper.

Dated: Great Neck, New York
         December 14, 2023

                                                                        _____
                                                                          By:    Deborah R. Kick, Esq.
                                                                          *Attorney for Defendants*
                                                                          *Formerly associated* with
                                                                          Johnson Litigation Group, P.C.
                                                                          1 Linden Place, Suite 207
                                                                          Great Neck, NY 11021

O: (646) 590 – 0571

**TO VIA EMAIL/ECF**:
Jason Mizrahi
Joshua Levin-Epstein
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, New York 10165
(212) 792-0048
Jason@levinepstein.com
*Attorney for Plaintiff*