**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X
AARON HERNANDEZ, on behalf of all others     Case No. 1:22-cv-06918-DG-TAM
similarly situated in the proposed FLSA Collective Action,

                              Plaintiff,

   -against-

HAPPY STREET LLC, HAPPY STREET TOO LLC,
And SLOBODAN RADIVOJEVIC
(a/k/a/ BOB RADIVOJEVIC),

                              Defendants.
-------------------------------------------------------------------------X

## DECLARATION IN SUPPORT TO RELIEVE DEBORAH R. KICK, ESQ. AS COUNSEL FOR DEFENDANTS

DEBORAH R. KICK, ESQ., an attorney duly admitted to practice law before this District and in the State of New York, does affirm the following under penalty of perjury:

1. I am currently registered and noticed to the Court as attorney of record for HAPPY STREET LLC, HAPPY STREET TOO LLC, and SLOBODAN RADIVOJEVIC (a/k/a/ BOB RADIVOJEVIC). I now make this Declaration in support of my motion to be relieved of as counsel for said parties.

2. However, my association with the law firm of Johnson Litigation Group, P.C. and its clients has ended as of December 10, 2023.

3. The above-named Defendants will continue to be represented by the Johnson Litigation Group, P.C. and attorney Kevin S. Johnson, Esq., along with any other associated attorneys and those of counsel.

4. Therefore, I request that the Court grant my motion and any other relief the Court should deem just and proper.

WHEREFORE, counsel for Defendants, Deborah R. Kick, Esq., respectfully requests the Court grant the within motion and for such other and further relief as the Court may deem just and proper.

Dated: Great Neck, New York
December 14, 2023

By: Deborah R. Kick, Esq.
*Attorney for Defendants*
*Formerly associated* with
Johnson Litigation Group, P.C.
1 Linden Place, Suite 207
Great Neck, NY 11021
O: (646) 590 – 0571

**TO VIA EMAIL/ECF**:
Jason Mizrahi
Joshua Levin-Epstein
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, New York 10165
(212) 792-0048
Jason@levinepstein.com
*Attorney for Plaintiff*