UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AARON HERNANDEZ, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                           Plaintiff,

-against-

HAPPY STREET LLC, HAPPY STREET TOO LLC, and SLOBODAN RADIVOJEVIC (a/k/a BOB RADIVOJEVIC,

                           Defendants.
-------------------------------------------------------------------X

Case No. 1:22-cv-06918-DG-TAM

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE**, that Defendant, HAPPY STREET TOO, LLC and HAPPY STREET LLC, do hereby appear in this action for all purposes through counsel, JOHNSON LITIGATION GROUP, P.C., and the undersigned.

      PLEASE TAKE FURTHER NOTICE, that all notices, filings, proceedings, papers, correspondence, and the like shall be served upon the undersigned at the electronic and post office address listed below.

Dated: Great Neck, New York
          January 2, 2024

                                                JOHNSON LITIGATION GROUP, P.C.

                                                _____
                                                By:    Kevin S. Johnson, Esq.
                                                *Attorneys for Slobodan "Bob" Radivojevic*
                                                1 Linden Place, Suite 207
                                               Great Neck, NY 11021
                                               O:  646.590.0571
                                               C:  929.801.0505
                                               kjohnson@jlitlaw.com