UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AARON HERNANDEZ, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                       Plaintiff,

-against-

HAPPY STREET LLC, HAPPY STREET TOO LLC, and SLOBODAN RADIVOJEVIC (a/k/a BOB RADIVOJEVIC,

                       Defendants.
------------------------------------------------------------------X

Case No. 1:22-cv-06918-DG-TAM

**DECLARATION OF SERVICE**

      **KEVIN S. JOHNSON, ESQ.,** an attorney duly admitted to practice law before this Court, does declare and affirm the following under penalty of perjury:

      I am attorney for the above-named Defendants and have served upon the individual Defendant Slobodan Radivojevic via his electronic email *bobe233@hotmail.com* a copy of the Court's order dated 12/16/23 in exact form as filed by the Court and explanatory language regarding his required appearance at the scheduled conference to be held before the Court on January 8, 2024 at 10:30 am. This is the email address at which I regularly and frequently correspond with said Defendant. Such service was made today January 2, 2024 the first day counsel's offices opened and he returned from the winter break between Christmas and New Year's Day.

Dated:  Great Neck, New York
          January 2, 2024

                                                      JOHNSON LITIGATION GROUP, P.C.

                                                      By:    Kevin S. Johnson, Esq.
                                                      *Attorneys for Slobodan "Bob" Radivojevic*
                                                      1 Linden Place, Suite 207
                                                      Great Neck, NY 11021

O:  646.590.0571
C:  929.801.0505
kjohnson@jlitlaw.com