Januray 4, 2024
Case Case 1:22-cv-06918
Aaron Hernadez Vs Happy Street too llc, Slobodan Radivojevic

Date 1/4/2024

Slobodan Radivojevic
466 West 166st, apt 2
NY NY

Email bobe233@hotmail.com
Cell 9172070326

Honorable Judge Gujarati

This is my second request to have Mr Kevin Johnson removed as my council.
Mr Johnson has been difficult to reach and communicate with in the past and he is billing me for services i did not rquest.
Furthermore during the initial stage of the lawsuit he was not reachable for over 6 weeks.
He is never available for a phone call or a meeting.
Mr Kevin Johnson is not working in my best interest.
I am kindly requesting a 90 days stay or extension in the case until i find counsel.

An additional request i have is to postpone the January 8, 2023 conference. Due to a spinal injury rehab that i am doing abroad that week.


Sincerely,

_____-

Slobodan Radivojevic
466 west 166st apt 2
New York NY 10032