UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AARON HERNANDEZ,

                             Plaintiff,

    -against-

HAPPY STREET LLC, HAPPY STREET TOO LLC,
and SLOBODAN RADIVOJEVIC a/k/a BOB
RADIVOJEVIC,

                             Defendants.
-------------------------------------------------------------------X

Case No.: 1:22-cv-6918 (DG) (TAM)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
       March 22, 2024

Respectfully submitted,

**SAGE LEGAL LLC**
By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Happy Street LLC,*
*Happy Street Too LLC, and*
*Slobodan Radivojevic a/k/a Bob Radivojevic*

**VIA ECF**
Levin-Epstein & Associates, P.C.
<u>Attn</u>: Joshua Levin-Epstein & Jason Mizrahi, Esqs.
jason@levineepstein.com
joshua@levinepstein.com

*Attorneys for Plaintiff*
*Aaron Hernandez*