# EXHIBIT A

# Department of State
## Division of Corporations

## Entity Information

[Return to Results] [Return to Search]

### Entity Details

**ENTITY NAME:** HAPPY STREET TOO LLC
**DOS ID:** 4545288
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 03/17/2014
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 03/17/2014
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 03/31/2016
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY** | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

### Service of Process Name and Address

**Name:** SLOBODAN RADIVOJEVIC
**Address:** 466W 166TH STREET, NEW YORK, NY, UNITED STATES, 10032

### Chief Executive Officer's Name and Address

**Name:**
**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:**
**Address:**

### Entity Primary Location Name and Address

**Name:**
**Address:**

### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Case 1:22-cv-06918-DG-TAM   Document 48-1   Filed 04/10/24   Page 3 of 13 PageID #: 117

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

# Department of State
## Division of Corporations

## Entity Information

[Return to Results] [Return to Search]

### Entity Details

**ENTITY NAME:** HAPPY STREET LLC
**DOS ID:** 4158951
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 10/27/2011
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 10/27/2011
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 10/31/2013
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY** | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

#### Service of Process Name and Address

**Name:** SLOBODAN RADIVOJEVIC
**Address:** 466 W 166 STREET, NEW YORK, NY, UNITED STATES, 10032

#### Chief Executive Officer's Name and Address

**Name:**
**Address:**

#### Principal Executive Office Address

**Address:**

#### Registered Agent Name and Address

**Name:**
**Address:**

#### Entity Primary Location Name and Address

**Name:**
**Address:**

#### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

## Stock Information

| Share Value | Number Of Shares | Value Per Share |

# Happy Street, Inc. in Miami Beach, Florida

Home (//eintaxid.com/)  /  Companies with 'H' (//eintaxid.com/companies/h/)  /  Happy Street, Inc.

Enjoy Free Shipping And Low Prices On HP® Ink & Toner From Staples®.


## Organization Profile

Happy Street, Inc. is a corporation in Miami Beach, Florida. The employer identification number (EIN) for Happy Street, Inc. is 842849032. EIN for organizations is sometimes also referred to as taxpayer identification number (TIN) or FEIN or simply IRS Number.

Happy Street, Inc. is incorporated in Florida and the latest report filing was done in 2020. The corporation type for Happy Street, Inc. is **Domestic Profit**. The florida registered agent for Happy Street, Inc. is **Slobodan Radivojevic**.

## Basic Profile



| | |
|---|---|
| **Organization Name** | Happy Street, Inc. |
| **IRS EIN (Taxpayer Id)** | 84-2849032 |
| **Organization Type** | Domestic Profit |
| **Company Status** | Active |
| **Business Address** | 6767 Collins Avenue, 1507, Miami Beach, Florida, 33141 |
| **Mailing Address** | 6767 Collins Avenue, 1507, Miami Beach, Florida, 33141 |



## Registered Agent:

The registered agent for Happy Street, Inc. is Slobodan Radivojevic. Registered agent is a business or individual designated to receive important communication like legal notice or summons and important paperwork sent by state for periodic renewal of the business entity's charter (if required).

| | |
|---|---|
| Registered Agent Name | Slobodan Radivojevic |
| Registered Agent Type | Corporation |
| Registered Agent Address | 6767 COLLINS AVE, MIAMI BEACH, FL, 33141 |

### Key Management Personnel:

The key management personnel for Happy Street, Inc. are listed below. The key management personnel include directors, officers, chairman, president etc.

| Principal Name | Title | Address |
|---|---|---|
| RADIVOJEVIC SLOBODAN | President | 6767 COLLINS AVENUE, MIAMI BEACH, FL, 33141 |

0 Comments

1  Login ▼

G  Start the discussion…

LOG IN WITH             OR SIGN UP WITH DISQUS  (?)

Name

♡    Share                                      Best   Newest   Oldest

Be the first to comment.

Subscribe    Privacy    Do Not Sell My Data

## Search EIN

EIN or Company Name

Search

## Similar Organizations

### Mg1909 Llc (/company/000068239-mg1909-llc/)

**EIN Number:** 00-0068239
**Address:** 400 Alton Road, Unit 1403, Miami Beach, Florida, 33139

### Mg2309 Llc (/company/000068475-mg2309-llc/)

**EIN Number:** 00-0068475
**Address:** 400 Alton Road, Unit 1403, Miami Beach, Florida, 33139

### Simplicity As A Service Llc (/company/000110424-simplicity-as-a-service-llc/)

**EIN Number:** 00-0110424
**Address:** 690 Lincoln Road, Miami Beach, Florida, 33139

### Sibling Management Corporation (/company/010550243-sibling-management-corporation/)

**EIN Number:** 01-0550243
**Address:** 750 Ocean Drive, Miami Beach, Florida, 33139

### Equal Partnership, Ltd. (/company/010550251-equal-partnership%2C-ltd./)

**EIN Number:** 01-0550251
**Address:** 750 Ocean Drive, Miami Beach, Florida, 33139

### What is an EIN Number?

The Employer Identification Number (EIN), also known as the Federal Employer Identification Number (FEIN) or the Taxpayer Identification Number (TIN), is a unique nine-digit number assigned by the Internal Revenue Service (IRS) (format: XX-XXXXXXXXX) to business entities operating in the United States for the purposes of identification and employment tax reporting.

**Employer Identification Number (EIN):** The Employer Identification Number (EIN), also known as the Federal Employer Identification Number (FEIN) or the Federal Tax Identification Number (FTIN), is a unique nine-digit number assigned by the Internal Revenue Service (IRS) (format: XX-XXXXXXXXX) to business entities operating in the United States for the purposes of identification and employment tax reporting. Other commonly used terms for EIN are Taxpayer Id, IRS Number, Tax Id, Taxpayer Identification Number (TIN) etc.

A business needs an EIN in order to pay employees and to file business tax returns. To be considered a Partnership, LLC, Corporation, S Corporation, Non-profit, etc. a business must obtain an EIN. Also, financial institutions such as banks, credit unions, and brokerage houses will not open an account for a corporation without an EIN. Since all corporations - including ones with no income - must file at least a federal income tax return, a corporation operating or incorporated in the United States generally must obtain an EIN anyway either before or after being issued its charter.

**What is eintaxid.com?:** Our website eintaxid.com is a free resource to find the ein number for various business entities. We have a database of over 7.3M entities which can be searched to find the ein number of business entities. We harvest our data from various publically available data sources such as edgar database (SEC), form 5500 dataset (IRS), form 990 datasets (tax-exempt organizations) etc.

# 2023 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P19000065995

**Entity Name:** HAPPY STREET, INC.

FILED
Feb 16, 2023
Secretary of State
2834699042CC

**Current Principal Place of Business:**

7441 WAYNE AVE
7F
MIAMI BEACH, FL 33141

**Current Mailing Address:**

7441 WAYNE AVE
7F
MIAMI BEACH, FL 33141 US

**FEI Number:** 84-2849032

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SLOBODAN RADIVOJEVIC
7441 WAYNE AVE
7F
MIAMI BEACH, FL 33141 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | RADIVOJEVIC, SLOBODAN |
| Address | 7441 WAYNE AVE  7F |
| City-State-Zip: | MIAMI BEACH FL 33141 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SLOBODAN RADIVOJEVIC          PRESIDENT          02/16/2023

Electronic Signature of Signing Officer/Director Detail                                    Date

R  Create an Alert for This Case on RECAP

CLOSED,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:20-cv-05633-LTS-KHP

Ramos v. Happy Street LLC et al  
Assigned to: Judge Laura Taylor Swain  
Referred to: Magistrate Judge Katharine H. Parker  
Cause: 29:201 Fair Labor Standards Act  

Date Filed: 07/21/2020  
Date Terminated: 10/13/2020  
Jury Demand: Plaintiff  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question  

**Plaintiff**

**Edmundo Ramos**  
*on behalf of himself, FLSA Collective Plaintiffs, and the Class*

represented by **C.K. Lee**  
Lee Litigation Group, PLLC  
148 west 24th Street  
Ste 8th Floor  
New York, NY 10011  
212-465-1180  
Fax: 212-465-1181  
Email: cklee@leelitigation.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Happy Street LLC**  
*doing business as*  
Luigi's Pizza  
*doing business as*  
Pie Pie Pizza

**Defendant**

**Happy Street Too LLC**  
*doing business as*  
Luigi's Pizza

*doing business as*
Pie Pie Pizza

**Defendant**

**Slobodan Radivojevic**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2020 | 1 R | COMPLAINT against Happy Street LLC, Happy Street Too LLC, Slobodan Radivojevic. (Filing Fee $ 400.00, Receipt Number ANYSDC-20779105)Document filed by Edmundo Ramos..(Lee, C.K.) (Entered: 07/21/2020) |
| 07/21/2020 | 2 | CIVIL COVER SHEET filed..(Lee, C.K.) (Entered: 07/21/2020) |
| 07/21/2020 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Happy Street LLC, re: 1 R Complaint. Document filed by Edmundo Ramos..(Lee, C.K.) (Entered: 07/21/2020) |
| 07/21/2020 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Happy Street Too LLC, re: 1 R Complaint. Document filed by Edmundo Ramos..(Lee, C.K.) (Entered: 07/21/2020) |
| 07/21/2020 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Slobodan Radivojevic, re: 1 R Complaint. Document filed by Edmundo Ramos..(Lee, C.K.) (Entered: 07/21/2020) |
| 07/21/2020 | 6 | CONSENT TO SUE UNDER THE F.L.S.A.. Document filed by Edmundo Ramos..(Lee, C.K.) (Entered: 07/21/2020) |
| 07/22/2020 |   | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Laura Taylor Swain. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(pne) (Entered: 07/22/2020) |
| 07/22/2020 |   | Magistrate Judge Katharine H. Parker is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (pne) (Entered: 07/22/2020) |
| 07/22/2020 |   | Case Designated ECF. (pne) (Entered: 07/22/2020) |
| 07/22/2020 | 7 | ELECTRONIC SUMMONS ISSUED as to Happy Street LLC..(pne) (Entered: 07/22/2020) |
| 07/22/2020 | 8 | ELECTRONIC SUMMONS ISSUED as to Happy Street Too LLC..(pne) (Entered: 07/22/2020) |
| 07/22/2020 | 9 | ELECTRONIC SUMMONS ISSUED as to Slobodan Radivojevic..(pne) (Entered: 07/22/2020) |
| 07/31/2020 | 10 | ORDER OF REFERENCE TO A MAGISTRATE JUDGE: Order that case be referred to the Clerk of Court for assignment |

| | | | |
|---|---|---|---|
| | | | to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Referred to Magistrate Judge Katharine H. Parker. So Ordered (Signed by Judge Laura Taylor Swain on 7/31/2020) (js) (Entered: 07/31/2020) |
| 07/31/2020 | | 11 | INITIAL CASE MANAGEMENT TELEPHONE CONFERENCE ORDER: This action is scheduled for an Initial Case Management Telephone Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on Tuesday, October 20, 2020 at 11:45 a.m. Counsel is directed to call the courts telephone conference line at the scheduled time. Please dial (866) 434-5269, Access Code: 4858267. SO ORDERED. (Signed by Magistrate Judge Katharine H. Parker on 7/31/2020) Initial Conference set for 10/20/2020 at 11:45 AM before Magistrate Judge Katharine H. Parker. (ks) (Entered: 07/31/2020) |
| 10/09/2020 | | 12 | **FILING ERROR - DEFICIENT DOCUMENT -** NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT . Document filed by Edmundo Ramos. (Attachments: # 1 Exhibit A (Defendants' Offer of Judgment)).(Lee, C.K.) Modified on 10/9/2020 (km). (Entered: 10/09/2020) |
| 10/09/2020 | | 13 | PROPOSED JUDGMENT. Re: Document No. 12 Notice of Acceptance with Offer of Judgment. Document filed by Edmundo Ramos..(Lee, C.K.) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 10/09/2020) |
| 10/09/2020 | | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT. Notice to attorney C.K. Lee to RE-FILE Document No. 12 Notice of Acceptance with Offer of Judgment. The filing is deficient for the following reason(s): the notice of acceptance with offer of judgment is not signed; Re-file the document using the event type Notice of Acceptance With Offer of Judgment found under the event list Notices. (km)** (Entered: 10/09/2020) |
| 10/09/2020 | | 14 | NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT . Document filed by Edmundo Ramos. (Attachments: # 1 Exhibit A (Defendants' Offer of Judgment)).(Lee, C.K.) (Entered: 10/09/2020) |
| 10/09/2020 | | | **\*\*\*NOTICE TO COURT REGARDING NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT. Document No. 14 Notice of Acceptance with Offer of Judgment was reviewed and approved as to form. (km)** (Entered: 10/09/2020) |
| 10/09/2020 | | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 13 Proposed Judgment was reviewed and approved as to form. (km)** (Entered: 10/09/2020) |
| 10/13/2020 | 15 R | | RULE 68 JUDGMENT: WHEREAS, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants HAPPY STREET LLC, HAPPY STREET TOO LLC, and SLOBODAN RADIVOJEVIC, (collectively, "Defendants"), having offered to allow Plaintiff EDMUNDO RAMOS ("Plaintiff") to take a judgment against them, jointly and severally, in the sum of Eleven Thousand Dollars and Zero Cents ($11,000.00), in accordance with the terms and conditions of the Defendants' Rule 68 Offer dated October 7, 2020 and filed as Exhibit A to Docket Number 12; WHEREAS, on October 9, 2020, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgement (Dkt. No. 12); It is ORDERED, ADJUDGED, AND DECREED, that judgment is entered in favor of Plaintiff in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 7, 2020 and filed as Exhibit A to Docket Number 12. The Clerk is directed to close this case. (Signed by Magistrate Judge Katharine H. Parker on 10/10/2020) (Attachments: # 1 Appeal Package) (mro) (Entered: 10/13/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/03/2022 15:57:32 | | | |
| **PACER Login:** | mizrahijason | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-05633-LTS-KHP |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |