# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

April 30, 2024

<u>VIA ECF</u>
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Taryn A. Merkl, U.S.M.J.
225 Cadman Plaza East
Courtroom 13D South
Brooklyn, NY 11201-1804

   *Re:* **Hernandez v. Happy Street LLC,** *et al.*
     <u>**Case No.: 1:22-cv-6918 (DG) (TAM)**</u>

Dear Judge Merkl:

  This firm represents the Defendants in this case, who respectfully submit this letter jointly with Plaintiff to submit their joint proposed case management worksheet and to request a one (1) week extension of time for the deadline to select a mediator.

  The parties have contacted several mediators with whom they have agreed, in principle, to mediate with but are still confirming their availability and would like an additional week in order to select the appropriate mediator.

  Accordingly, sufficient good cause exists for this Court to exercise its discretion in favor of granting the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

  The parties thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
    March 22, 2024       Respectfully submitted,

                 **SAGE LEGAL LLC**

                 By: <u>*/s/ Emanuel Kataev, Esq.*</u>
                 Emanuel Kataev, Esq.
                 18211 Jamaica Avenue
                 Jamaica, NY 11423-2327
                 (718) 412-2421 (office)
                 (917) 807-7819 (cellular)
                 (718) 489-4155 (facsimile)
                 emanuel@sagelegal.nyc

                 *Attorneys for Defendants*
                 *Happy Street LLC,*
                 *Happy Street Too LLC, and*
                 *Slobodan Radivojevic a/k/a Bob Radivojevic*

Enclosure.

2

**VIA ECF**
Levin-Epstein & Associates, P.C.
<u>Attn</u>: Joshua Levin-Epstein & Jason Mizrahi, Esqs.
60 East 42nd Street, Suite 4700
New York, NY 10165
(212) 792-0048 (office)
jason@levineepstein.com
joshua@levinepstein.com

*Attorneys for Plaintiff*
*Aaron Hernandez*

2