# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

August 7, 2024

*Via ECF*
The Hon. Taryn A. Merkl, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: *Hernandez v. Happy Street LLC et al*
           **Case No.: 1:22-cv-06918-DG-TAM**

Dear Honorable Magistrate Judge Merkl:

  This law firm represents Plaintiff Aaron Hernandez (the "Plaintiff") in the above-referenced matter. This letter is filed jointly with counsel for Defendants Happy Street LLC, Happy Street Too LLC (together, the "Corporate Defendants") and Slobodan Radivojevic a/k/a Bob Radivojevic (the "Individual Defendant", and collectively, the "Defendants").

  Pursuant to Your Honor's Individual Practices Rules, and the directives contained in Your Honor's May 8, 2024 Minute Entry and Order, this letter respectfully serves to provide the Court with a status update in the above-referenced matter.

  The parties held a virtual mediation on July 30, 2024 from 10:00 AM until approximately 3:00 PM. Despite the parties' efforts, the parties were unsuccessful in resolving the instant case during the July 30, 2024 mediation session. The parties agreed to meet-and-confer in two (2) weeks to continue discussing resolution, and expect to do so by August 13, 2024.

  The parties intend to proceed with discovery in the interim.

  The parties thank this Court for its time and attention to this case.

Dated: New York, New York
   August 7, 2024         Respectfully submitted,

                 LEVIN-EPSTEIN & ASSOCIATES, P.C.

                 By: */s/ Jason Mizrahi*
                    Jason Mizrahi
                    60 East 42nd Street, Suite 4700
                    New York, NY 10165
                    Tel. No.: (212) 792-0048
                    Email: Jason@levinepstein.com
                    *Attorneys for Plaintiff*

VIA ECF: All Counsel of Record