# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

August 15, 2024

*Via ECF*
The Hon. Taryn A. Merkl, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                         Re:    *Hernandez v. Happy Street LLC et al*
                                  **Case No.: 1:22-cv-06918-DG-TAM**

Dear Honorable Magistrate Judge Merkl:

      This law firm represents Plaintiff Aaron Hernandez (the "Plaintiff") in the above-referenced matter. This letter is filed jointly with counsel for Defendants Happy Street LLC, Happy Street Too LLC (together, the "Corporate Defendants") and Slobodan Radivojevic a/k/a Bob Radivojevic (the "Individual Defendant", and collectively, the "Defendants").

      Pursuant to Your Honor's Individual Practices Rules, and the directives contained in Your Honor's August 8, 2024, this letter respectfully serves to provide the Court with a status update in the above-referenced matter.

      Despite the parties' efforts, the parties were unsuccessful in resolving the instant case following the mediation session held on July 30, 2024.

      The parties thank this Court for its time and attention to this case.

                                                       Respectfully submitted,

                                                       LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                                     By: */s/ Jason Mizrahi*
                                                            Jason Mizrahi
                                                            60 East 42nd Street, Suite 4700
                                                            New York, NY 10165
                                                           Tel. No.:  (212) 792-0048
                                                           Email: Jason@levinepstein.com
                                                           *Attorneys for Plaintiff*

VIA ECF: All Counsel of Record