# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

December 19, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Taryn A. Merkl, U.S.M.J.
225 Cadman Plaza East
Courtroom 13D South
Brooklyn, NY 11201-1804

      *Re:*    **Hernandez v. Happy Street LLC,** *et al.*
             **Case No.: 1:22-cv-6918 (DG) (TAM)**

Dear Judge Merkl:

      This firm represents the Defendants in this case, who respectfully submit this letter motion to request a one (1) week extension of time for today's deadline to respond to Plaintiff's December 6, 2024 letter.  <u>See</u> Text Only Orders dated December 9, 2024 and December 13, 2024.

      Your undersigned is currently out of the country returning on December 24, 2024.[1]  Based on the foregoing and because of the holidays, an extension of time until December 26, 2024 for Defendants to respond to Plaintiff's letter is warranted.

      Accordingly, sufficient good cause exists for this Court to exercise its discretion in favor of granting the requested extension of time.  <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

      Defendants thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
       December 19, 2024

                                               Respectfully submitted,
                                               **SAGE LEGAL LLC**
                                               By:  */s/ Emanuel Kataev, Esq.*
                                               Emanuel Kataev, Esq.
                                             18211 Jamaica Avenue
                                             Jamaica, NY 11423-2327
                                             (718) 412-2421 (office)
                                             (917) 807-7819 (cellular)
                                             (718) 489-4155 (facsimile)
                                             emanuel@sagelegal.nyc

                                             *Attorneys for Defendants*
                                             *Happy Street LLC,*
                                             *Happy Street Too LLC, and*
                                             *Slobodan Radivojevic a/k/a Bob Radivojevic*

---

[1] Defendants previously failed to submit a response by December 12, 2024 due to an oversight in calendaring the deadline and your undersigned apologizes to the Court for this inadvertence.

2

**VIA ECF**
Levin-Epstein & Associates, P.C.
<u>Attn</u>: Joshua Levin-Epstein & Jason Mizrahi, Esqs.
60 East 42nd Street, Suite 4700
New York, NY 10165
(212) 792-0048 (office)
jason@levineepstein.com
joshua@levinepstein.com

*Attorneys for Plaintiff*
*Aaron Hernandez*