| Form **1120** | **U.S. Corporation Income Tax Return** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2019 or tax year beginning , 2019, ending , 20<br>► Go to www.irs.gov/Form1120 for instructions and the latest information. | **2019** |

**A Check if:**
- 1a Consolidated return (attach Form 851) ☐
- b Life/nonlife consolidated return ☐
- 2 Personal holding co. (attach Sch. PH) ☐
- 3 Personal service corp. (see instructions) ☐
- 4 Schedule M-3 attached ☐

**TYPE OR PRINT**

Name: **HAPPY STREET TOO LLC**
Number, street, and room or suite no. If a P.O. box, see instructions.
**924 COLUMBUS AVENUE**
City or town, state or province, country, and ZIP or foreign postal code
**New York                                           NY 10025**

**B** Employer identification number: ██████████
**C** Date incorporated: 03/17/2014
**D** Total assets (see instructions): $ 5,392

**E** Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

### Income

| | | | |
|---|---|---|---:|
| 1a | Gross receipts or sales | 1a | 317,181 |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 317,181 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 76,051 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 241,130 |
| 4 | Dividends and inclusions (Schedule C, line 23) | 4 | |
| 5 | Interest | 5 | |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (see instructions—attach statement) | 10 | |
| 11 | **Total income.** Add lines 3 through 10 ► | 11 | 241,130 |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---:|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) ► | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | 57,267 |
| 14 | Repairs and maintenance | 14 | 6,890 |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | 48,540 |
| 17 | Taxes and licenses | 17 | 33,503 |
| 18 | Interest (see instructions) | 18 | |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 26,812 |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Reserved for future use | 25 | |
| 26 | Other deductions (attach statement)   Other Deductions Statement | 26 | 65,002 |
| 27 | **Total deductions.** Add lines 12 through 26 ► | 27 | 238,014 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | 28 | 3,116 |
| 29a | Net operating loss deduction (see instructions) | 29a | |
| b | Special deductions (Schedule C, line 24) | 29b | |
| c | Add lines 29a and 29b | 29c | |
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | 3,116 |

### Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---:|
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 654 |
| 32 | 2019 net 965 tax liability paid (Schedule J, Part II, line 12) | 32 | |
| 33 | Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | 33 | |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ► ☐ | 34 | 20 |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | 35 | 674 |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | 36 | |
| 37 | Enter amount from line 36 you want: **Credited to 2020 estimated tax** ►     **Refunded** ► | 37 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer        Date        Title: **PRESIDENT**

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| ██████████ | ██████████ | 02/28/2020 | | ██████████ |

Firm's name ► ██████████    Firm's EIN ► ██████████
Firm's address ► ██████████    Phone no. ██████████

For Paperwork Reduction Act Notice, see separate instructions.   REV 02/25/20 PRO    Form **1120** (2019)
BAA