| Form **8879-C** | IRS *e-file* Signature Authorization for Form 1120 | OMB No. 1545-0123 |
|---|---|---|

For calendar year 2021, or tax year beginning            , 2021, ending           , 20

**2021**

▶ Do not send to the IRS. Keep for your records.
▶ Go to *www.irs.gov/Form8879C* for the latest information.

Department of the Treasury
Internal Revenue Service

**Name of corporation**
HAPPY STREET TOO LLC

**Employer identification number**
XXXXXXXX

### Part I — Tax Return Information (Whole dollars only)

| | | |
|---|---|---:|
| 1 | Total income (Form 1120, line 11) | 243,529. |
| 2 | Taxable income (Form 1120, line 30) | 3,481. |
| 3 | Total tax (Form 1120, line 31) | 731. |
| 4 | Amount owed (Form 1120, line 35) | 741. |
| 5 | Overpayment (Form 1120, line 36) | |

### Part II — Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2021 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☐ I authorize _____ to enter my PIN [        ] as my signature
ERO firm name                              do not enter all zeros

on the corporation's 2021 electronically filed income tax return.

☐ As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2021 electronically filed income tax return.

Officer's signature ▶                 Date ▶                 Title ▶ PRESIDENT

### Part III — Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.


do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2021 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶                 Date ▶ 03/30/2022

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

**For Paperwork Reduction Act Notice, see instructions.**    REV 03/29/22 PRO    Form **8879-C** (2021)
**BAA**