# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

February 14, 2025

*<u>Via Electronic Filing</u>*
The Hon. Taryn A. Merkl, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Hernandez v. Happy Street LLC et al*
      Case No.: 1:22-cv-06918-DG-TAM

Dear Honorable Magistrate Judge Merkl:

This law firm represents Plaintiff Aaron Hernandez (the "Plaintiff") in the above-referenced action. This letter is submitted jointly with counsel for Defendants Happy Street LLC, Happy Street Too LLC (together, the "Corporate Defendants") and Slobodan Radivojevic a/k/a Bob Radivojevic (the "Individual Defendant", and collectively, the "Defendants").

Pursuant to the directives contained in Your Honor's February 10, 2025 Order[1], the parties are available for a settlement conference, on one of the following five (5) proposed dates:

1. March 5, 2025
2. March 6, 2025
3. April 4, 2025
4. April 5, 2025
5. April 6, 2025.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
    Jason Mizrahi
    60 East 42nd Street, Suite 4700
    New York, NY 10165
    Tel. No.: (212) 792-0048
    Email: Jason@levinepstein.com
    *Attorneys for Plaintiff*

VIA ECF: All Counsel

---

[1] The undersigned respectfully wishes to apologize to the Court for the delay in the instant filing. The undersigned emailed counsel for Defendants a draft joint letter on January 31, 2025 at 11:34 a.m., for filing on or before January 7, 2025. Defendants' counsel never responded to the undersigned's January 31, 2025 email. The undersigned respectfully wishes to apologize to the Court for any inconveniences caused to the Court caused by this delay.