# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

March 19, 2025

*<u>Via Electronic Filing</u>*
The Hon. Taryn A. Merkl, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

            Re:    *Hernandez v. Happy Street LLC et al*
                     Case No.: 1:22-cv-06918-DG-TAM

Dear Honorable Magistrate Judge Merkl:

      This law firm represents Plaintiff Aaron Hernandez (the "Plaintiff") in the above-referenced action.

      The instant letter respectfully serves as a request to convert the April 10, 2025, settlement conference to a virtual settlement conference.

      This is the first request of its kind. Defendants Happy Street LLC, Happy Street Too LLC (together, the "Corporate Defendants") and Slobodan Radivojevic a/k/a Bob Radivojevic (the "Individual Defendant", and collectively, the "Defendants") have neither consented to, nor objected to, the instant request. If granted, the instant request would not affect any other Court-scheduled deadlines.

      The basis of this request is that Plaintiff's counsel has an unavoidable, conflicting, out-of-state travel obligation, beginning Wednesday, April 9, 2025. Converting the in-person settlement conference to a virtual settlement conference at the initially scheduled date and time, would permit the parties to proceed with the settlement conference, as scheduled, without the need to reschedule to a future date and time.

      In light of the foregoing, it is respectfully requested that the Court convert the April 10, 2025 settlement conference to a virtual settlement conference.

      Thank you, in advance, for your time and attention to this matter.

                                                    Respectfully submitted,

                                                    LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                                    By:  */s/ Jason Mizrahi*
                                                           Jason Mizrahi
                                                           60 East 42nd Street, Suite 4700
                                                           New York, NY 10165
                                                          Tel. No.: (212) 792-0048
                                                          Email: Jason@levinepstein.com
                                                          *Attorneys for Plaintiff*

VIA ECF: All Counsel