# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Ave • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

April 29, 2025

*Via Electronic Filing*
The Hon. Taryn A. Merkl, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Hernandez v. Happy Street LLC et al*
       Case No.: 1:22-cv-06918-DG-TAM

Dear Honorable Magistrate Judge Merkl:

This law firm represents Plaintiff Aaron Hernandez (the "Plaintiff") in the above-referenced action.

The instant letter respectfully serves to advise the Court of the status of the proceedings.

Despite the parties' efforts, the parties have not been able to come to an agreement on the scope of Individual Defendant Slobodan Radivojevic a/k/a Bob Radivojevic's (the "Individual Defendant") confidential financial disclosures. [*See* 04/10/2025 Minute Entry and Order].

In light of the foregoing, it is respectfully requested that the Court convert the virtual settlement conference scheduled for May 2, 2025 at 2:00 p.m. into a final pretrial conference[1], and set a deadline for the parties to file the joint pretrial materials.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:  */s/ Jason Mizrahi*
     Jason Mizrahi
     420 Lexington Avenue, Suite 2458
     New York, NY 10170
     Tel. No.:  (212) 792-0048
     Email: Jason@levinepstein.com
     *Attorneys for Plaintiff*

VIA ECF: All Counsel

---

[1] By way of background, all fact discovery in the instant action closed on November 22, 2024. *See* Dckt. No. 52.