# EXHIBIT A

## Jason Mizrahi

| | |
|---|---|
| **From:** | Jason Mizrahi |
| **Sent:** | Thursday, May 29, 2025 11:02 AM |
| **To:** | Emanuel Kataev |
| **Cc:** | Joshua Levin-Epstein |
| **Subject:** | RE: Hernandez v. Happy Street LLC et al [1:22-cv-06918-DG-TAM] |
| **Attachments:** | 2025-0507 Consent to Mag..pdf; 2025-0507 Cheeks Letter.docx; 2025-0507 Settlement Agreement.doc; 2025-0507 Proposed Stip. of Dismissal.docx |

Hi Emanuel,

Just a courtesy reminder.

If we do not receive a redline / proposed final executable Settlement Agreement or Cheeks letter by COB today (5/29) we are seeking Court intervention.

_____

Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Office: (212) 792-0048
Mobile: (301) 758-7351
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Jason Mizrahi
**Sent:** Wednesday, May 28, 2025 9:46 AM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** RE: Hernandez v. Happy Street LLC et al [1:22-cv-06918-DG-TAM]

Emanuel,

Respectfully, this is a straightforward agreement, that contains all of the material terms that your client had previously committed to, in accepting the Judge's mediator's proposal.

The consent to magistrate and the cheeks letter can be easily marked up by counsel, without the need to meet-and-confer with your client.

Our client is concerned about the delays here.

If we do not receive a redline / proposed final executable Settlement Agreement or Cheeks letter by COB tomorrow (5/29) we are seeking Court intervention.

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Office: (212) 792-0048
Mobile: (301) 758-7351
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Tuesday, May 27, 2025 6:03 PM
**To:** Jason Mizrahi <Jason@levinepstein.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** RE: Hernandez v. Happy Street LLC et al [1:22-cv-06918-DG-TAM]

I connected with him over the weekend but we could not schedule a time to review given the time zone difference as he is out of the country. I am actively working on it.




**From:** Jason Mizrahi <Jason@levinepstein.com>
**Sent:** Tuesday, May 27, 2025 5:50 PM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** RE: Hernandez v. Happy Street LLC et al [1:22-cv-06918-DG-TAM]

**Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

Emanuel,

Good afternoon. Please let me know where we stand, to avoid Court intervention.

Please let me know when we can expect to receive a proposed final executable Settlement Agreement, and Cheeks letter.

Separately, please execute, and remit back, the consent to magistrate form and stipulation of dismissal.

Thank you

Thank you.

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Office: (212) 792-0048
Mobile: (301) 758-7351
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Friday, May 23, 2025 9:56 AM
**To:** Jason Mizrahi <Jason@levinepstein.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** Re: Hernandez v. Happy Street LLC et al [1:22-cv-06918-DG-TAM]

Done

Emanuel Kataev, Esq.
Sage Legal LLC
Sent from my iPhone

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Friday, May 23, 2025 9:55:38 AM
**To:** Jason Mizrahi <Jason@levinepstein.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** Re: Hernandez v. Happy Street LLC et al [1:22-cv-06918-DG-TAM]

He reached out to me yesterday. I will schedule a meeting with him today or on Monday and get this stuff.

Emanuel Kataev, Esq.
Sage Legal LLC

Sent from my iPhone

**From:** Jason Mizrahi <Jason@levinepstein.com>
**Sent:** Friday, May 23, 2025 9:48:12 AM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** RE: Hernandez v. Happy Street LLC et al [1:22-cv-06918-DG-TAM]

**Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

Emanuel,

Good morning. I am following up here. I believe this is my seventh attempt.

Please let me know when we can expect to receive a proposed final executable Settlement Agreement, and Cheeks letter.

Separately, please execute, and remit back, the consent to magistrate form and stipulation of dismissal.

If we do not receive comments by Tuesday (5/27), we will be seeking Court intervention, and will be pursuing the litigation.

Thank you,

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Office: (212) 792-0048
Mobile: (301) 758-7351
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Jason Mizrahi
**Sent:** Wednesday, May 21, 2025 9:50 AM
**To:** 'Emanuel Kataev' <emanuel@sagelegal.nyc>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** RE: Hernandez v. Happy Street LLC et al [1:22-cv-06918-DG-TAM]

Emanuel,

Good morning. I am following up here. I believe this is my sixth attempt.

Please let me know when we can expect to receive a proposed final executable Settlement Agreement, and Cheeks letter.

Separately, please execute, and remit back, the consent to magistrate form and stipulation of dismissal.

Thank you

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Office: (212) 792-0048
Mobile: (301) 758-7351
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Jason Mizrahi
**Sent:** Monday, May 19, 2025 9:15 AM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** RE: Hernandez v. Happy Street LLC et al [1:22-cv-06918-DG-TAM]

Emanuel,

Good morning. We haven't heard back from you here. Is everything okay?

Please let me know when we can expect to receive a proposed final executable Settlement Agreement, and Cheeks letter.

Separately, please execute, and remit back, the consent to magistrate form and stipulation of dismissal.

Thank you

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Office: (212) 792-0048
Mobile: (301) 758-7351
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being*

sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.

**From:** Jason Mizrahi
**Sent:** Friday, May 16, 2025 11:04 AM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** RE: Hernandez v. Happy Street LLC et al [1:22-cv-06918-DG-TAM]

Emanuel,

Good morning.

As you mentioned below, please get me comments on the attached:

1. Proposed Settlement Agreement, with accompanying Confessions of Judgment;

2. Proposed Cheeks Letter;

Separately, please execute, and remit back, the consent to magistrate form and stipulation of dismissal.

Thank you.
_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Office: (212) 792-0048
Mobile: (301) 758-7351
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Tuesday, May 13, 2025 10:56 AM
**To:** Jason Mizrahi <Jason@levinepstein.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** Re: Hernandez v. Happy Street LLC et al [1:22-cv-06918-DG-TAM]

Not yet. In court today. Will do what I can to get to you by Friday.

Emanuel Kataev, Esq.
Sage Legal LLC
Sent from my iPhone

**From:** Jason Mizrahi <Jason@levinepstein.com>
**Sent:** Tuesday, May 13, 2025 10:54:21 AM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** RE: Hernandez v. Happy Street LLC et al [1:22-cv-06918-DG-TAM]

**Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

Emanuel,

Please let us know whether you have had a chance to review the attached:

1. Proposed Settlement Agreement, with accompanying Confessions of Judgment;
2. Proposed Cheeks Letter;
3. Proposed Stipulation of Dismissal; and a
4. Proposed Consent to Magistrate Form.

Please let me know if you have any edits to the Settlement Agreement, or Cheeks Letter. Otherwise, please have your client execute the Settlement Agreement, and complete, sign, and notarize the Confessions of Judgment.

Separately, please execute, and remit back, the consent to magistrate form and stipulation of dismissal.

Thank you.

_____

Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Office: (212) 792-0048
Mobile: (301) 758-7351
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Friday, May 9, 2025 9:20 AM
**To:** Jason Mizrahi <Jason@levinepstein.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** Re: Hernandez v. Happy Street LLC et al [1:22-cv-06918-DG-TAM]

I've had court appearances every day and have not yet had an opportunity to review with my client. I will do so as soon as possible

Emanuel Kataev, Esq.
Sage Legal LLC
Sent from my iPhone

---

**From:** Jason Mizrahi <Jason@levinepstein.com>
**Sent:** Friday, May 9, 2025 9:16:53 AM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** RE: Hernandez v. Happy Street LLC et al [1:22-cv-06918-DG-TAM]

> **Caution:** This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

Emanuel,

Good morning. I am following up here.

See attached:

1. Proposed Settlement Agreement, with accompanying Confessions of Judgment;

2. Proposed Cheeks Letter;

3. Proposed Stipulation of Dismissal; and a

4. Proposed Consent to Magistrate Form.

Please let me know if you have any edits to the Settlement Agreement, or Cheeks Letter. Otherwise, please have your client execute the Settlement Agreement, and complete, sign, and notarize the Confessions of Judgment.

Separately, please execute, and remit back, the consent to magistrate form and stipulation of dismissal.

Thank you.

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Office: (212) 792-0048
Mobile: (301) 758-7351
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Jason Mizrahi
**Sent:** Wednesday, May 7, 2025 4:02 PM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** Hernandez v. Happy Street LLC et al [1:22-cv-06918-DG-TAM]

Emanuel,

See attached:

1. Proposed Settlement Agreement, with accompanying Confessions of Judgment;

2. Proposed Cheeks Letter;

3. Proposed Stipulation of Dismissal; and a

4. Proposed Consent to Magistrate Form.

Please let me know if you have any edits to the Settlement Agreement, or Cheeks Letter. Otherwise, please have your client execute the Settlement Agreement, and complete, sign, and notarize the Confessions of Judgment.

Separately, please execute, and remit back, the consent to magistrate form and stipulation of dismissal.

Thank you.

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Office: (212) 792-0048
Mobile: (301) 758-7351
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*