# EXHIBIT B

# Activities Export

07/07/2025
5:53 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/27/2022 | 🕐 | Conduct client intake  🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| 10/03/2022 | 🕐 | Draft FLSA Complaint  🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| 10/03/2022 | 🕐 | Research defendants, attn. to service of process  🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.75h | $350.00 | - | $262.50 |
| 10/03/2022 | 🕐 | Email paralegal, attn. to status of proceedings  🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 10/04/2022 | 🕐 | Email paralegal, attn. to status of proceedings  🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.20h | $350.00 | - | $70.00 |
| 10/07/2022 | 🕐 | Email paralegal, attn. to status of proceedings  🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 11/14/2022 | 🕐 | Drafting documents and starting a new civil action.  🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Alexis Abrego | 0.75h | $50.00 | - | $37.50 |
| 01/03/2023 | 🕐 | Email paralegal, attn. to status of proceedings  🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 01/09/2023 | 🕐 | Email paralegal, attn. to status of proceedings  🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | **49.45h** | | **$0.00** 0.00h | **$16,182.50** 49.45h |

# Activities Export

07/07/2025
5:53 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 01/17/2023 | 🕐 | Email paralegal, attn. to status of proceedings 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 01/19/2023 | 🕐 | Email paralegal, attn. to status of proceedings 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 01/31/2023 | 🕐 | Email co-counsel, attn. to status of proceedings 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 02/22/2023 | 🕐 | Draft letter to chambers 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 03/01/2023 | 🕐 | Email co-counsel, attn. to status of proceedings 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 03/14/2023 | 🕐 | Due diligence on all defendants. 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Alexis Abrego | 1.00h | $50.00 | - | $50.00 |
| 03/14/2023 | 🕐 | Email explaining findings to atty and drafting/revising a new Summons. 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Alexis Abrego | 0.50h | $50.00 | - | $25.00 |
| 03/16/2023 | 🕐 | Saving and filing new AOS. 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Alexis Abrego | 0.25h | $50.00 | - | $12.50 |
| 03/22/2023 | 🕐 | Email paralegal, attn. to status of proceedings | 00661-Aaron Hernandez v. Happy Street | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | **49.45h** | | **$0.00** 0.00h | **$16,182.50** 49.45h |

# Activities Export

07/07/2025
5:53 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|--------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | ● Unbilled | LLC et al [1:22-cv-06918] | | | | | |
| 03/31/2023 | 🕐 | Draft letter to chambers <br> ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 03/31/2023 | 🕐 | Draft notices of appearance <br> ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 05/01/2023 | 🕐 | Draft letter to chambers <br> ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 05/10/2023 | 🕐 | Organizing and filing Affidavits of Service. <br> ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Alexis Abrego | 0.50h | $50.00 | - | $25.00 |
| 05/16/2023 | 🕐 | Organizing costs. <br> ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Alexis Abrego | 0.25h | $50.00 | - | $12.50 |
| 06/01/2023 | 🕐 | Drafting and filing Affidavit of Service for 5/30/2023 Court Order. <br> ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Alexis Abrego | 0.50h | $50.00 | - | $25.00 |
| 06/01/2023 | 🕐 | Draft Affidavit of Service <br> ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 07/19/2023 | 🕐 | Draft letter to chambers <br> ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 07/19/2023 | 🕐 | Email paralegal, attn. to status of proceedings | 00661-Aaron Hernandez v. Happy Street | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | **49.45h** | | **$0.00** <br> 0.00h | **$16,182.50** <br> 49.45h |

# Activities Export

07/07/2025
5:53 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Unbilled | LLC et al [1:22-cv-06918] | | | | | |
| 07/27/2023 | 🕐 | Draft application for clerk's certificate of default judgment  Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| 07/27/2023 | 🕐 | Email paralegal, attn. to status of proceedings  Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.20h | $350.00 | - | $70.00 |
| 08/04/2023 | 🕐 | Email paralegal, attn. to status of proceedings  Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.20h | $350.00 | - | $70.00 |
| 08/31/2023 | 🕐 | Draft letter to chambers  Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 08/31/2023 | 🕐 | Email paralegal, attn. to status of proceedings  Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 09/11/2023 | 🕐 | Email co-counsel, attn. to status of proceedings  Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 09/20/2023 | 🕐 | Email co-counsel, attn. to status of proceedings  Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 09/29/2023 | 🕐 | Research defendants, attn. to asset searches  Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| | | | | | **49.45h** | | **$0.00** 0.00h | **$16,182.50** 49.45h |

# Activities Export

07/07/2025
5:53 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 10/04/2023 | 🕐 | Email co-counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 10/13/2023 | 🕐 | Draft letter to chambers<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 11/09/2023 | 🕐 | Draft damages computation<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.50h | $350.00 | - | $175.00 |
| 11/09/2023 | 🕐 | Draft proposed case management plan<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.50h | $350.00 | - | $175.00 |
| 11/28/2023 | 🕐 | Email defendants, attn. to settlement proposal<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 11/28/2023 | 🕐 | Telephonic conference - individual def.<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 11/29/2023 | 🕐 | Email co-counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/10/2024 | 🕐 | Draft letter to chambers<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 04/15/2024 | 🕐 | Email co-counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | **49.45h** | | **$0.00**<br>0.00h | **$16,182.50**<br>49.45h |

# Activities Export

07/07/2025
5:53 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/29/2024 | 🕐 | Email mediator, attn. to mediation ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/29/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/29/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.50h | $350.00 | - | $175.00 |
| 04/30/2024 | 🕐 | Email mediator, attn. to mediation ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/30/2024 | 🕐 | Email mediator, attn. to mediation ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/30/2024 | 🕐 | Email mediator, attn. to mediation ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/30/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.40h | $350.00 | - | $140.00 |
| 05/05/2024 | 🕐 | Email mediator, attn. to mediation ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.20h | $350.00 | - | $70.00 |
| 05/05/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | **49.45h** | | **$0.00** 0.00h | **$16,182.50** 49.45h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 05/06/2024 | 🕐 | Email mediator, attn. to mediation<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/07/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/08/2024 | 🕐 | Email mediator, attn. to mediation<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.30h | $350.00 | - | $105.00 |
| 05/13/2024 | 🕐 | Email mediator, attn. to mediation<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/13/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/20/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 06/18/2024 | 🕐 | Email co-counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.20h | $350.00 | - | $70.00 |
| 06/28/2024 | 🕐 | Draft discovery requests, attn. to notice of deposition, initial disclosures, interrogatories, and requests for the production of documents<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| | | | | | **49.45h** | | **$0.00**<br>0.00h | **$16,182.50**<br>49.45h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/28/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 07/24/2024 | 🕐 | Draft Mediation Statement<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| 07/24/2024 | 🕐 | Email mediator, attn. to mediation<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 07/24/2024 | 🕐 | Email paralegal, attn. to status of proceeding<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 07/24/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 07/25/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 07/29/2024 | 🕐 | Email mediator, attn. to mediation<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.20h | $350.00 | - | $70.00 |
| 07/29/2024 | 🕐 | Email mediator, attn. to mediation<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 07/30/2024 | 🕐 | Research defendants, attn. to prior filed litigation<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.50h | $350.00 | - | $175.00 |
| | | | | | **49.45h** | | **$0.00**<br>0.00h | **$16,182.50**<br>49.45h |

# Activities Export

07/07/2025
5:53 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 07/30/2024 | 🕐 | Collate Defendants' document production <br> 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 07/30/2024 | 🕐 | Attend virtual mediation <br> 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| 08/07/2024 | 🕐 | Draft letter to chambers <br> 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 08/07/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings <br> 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 08/09/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings <br> 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 08/13/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings <br> 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 08/14/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings <br> 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 08/15/2024 | 🕐 | Draft letter to chambers <br> 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 08/15/2024 | 🕐 | Email mediator, attn. to mediation <br> 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | **49.45h** | | **$0.00** <br> 0.00h | **$16,182.50** <br> 49.45h |

# Activities Export

07/07/2025
5:53 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 08/15/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 08/19/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.20h | $350.00 | - | $70.00 |
| 08/20/2024 | 🕐 | Collate Defendants' document production<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 08/22/2024 | 🕐 | Collate Defendants' discovery responses<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 08/22/2024 | 🕐 | Email mediator, attn. to mediation<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 08/23/2024 | 🕐 | Email co-counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 09/24/2024 | 🕐 | Email mediator, attn. to mediation<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 09/24/2024 | 🕐 | Email co-counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 09/30/2024 | 🕐 | Email ADR Office, attn. to mediation<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | **49.45h** | | **$0.00**<br>0.00h | **$16,182.50**<br>49.45h |

# Activities Export

07/07/2025
5:53 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/08/2024 | 🕐 | Email mediator, attn. to mediation ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 10/08/2024 | 🕐 | Email co-counsel, attn. to status of proceedings ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 11/14/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.20h | $350.00 | - | $70.00 |
| 12/06/2024 | 🕐 | Draft letter to chambers ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 12/06/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 12/06/2024 | 🕐 | Email opp. counsel, attn. to status of proceedings ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.20h | $350.00 | - | $70.00 |
| 01/10/2025 | 🕐 | Draft letter to chambers ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 01/21/2025 | 🕐 | Draft letter to chambers ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 01/22/2025 | 🕐 | Phone call - Plaintiff ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| | | | | | **49.45h** | | **$0.00** 0.00h | **$16,182.50** 49.45h |

# Activities Export

07/07/2025
5:53 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 01/22/2025 | 🕐 | Attend Tele. Pre-Motion Conf. Hearing / Disc. Status Conf<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.75h | $350.00 | - | $262.50 |
| 01/22/2025 | 🕐 | Email paralegal, attn. to status of proceeding<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.20h | $350.00 | - | $70.00 |
| 01/22/2025 | 🕐 | Email client, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 01/24/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 01/26/2025 | 🕐 | Email paralegal, attn. to status of proceeding<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 01/28/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 01/29/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 01/30/2025 | 🕐 | Draft letter to chambers<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 01/30/2025 | 🕐 | Email co-counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | **49.45h** | | **$0.00**<br>0.00h | **$16,182.50**<br>49.45h |

# Activities Export

07/07/2025
5:53 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/30/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings  ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.20h | $350.00 | - | $70.00 |
| 01/31/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings  ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 02/04/2025 | 🕐 | Email co-counsel, attn. to status of proceedings  ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 02/14/2025 | 🕐 | Draft letter to chambers  ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 02/14/2025 | 🕐 | Email co-counsel, attn. to status of proceedings  ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 02/19/2025 | 🕐 | Email co-counsel, attn. to status of proceedings  ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 02/21/2025 | 🕐 | Email co-counsel, attn. to status of proceedings  ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 02/24/2025 | 🕐 | Email co-counsel, attn. to status of proceedings  ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 02/27/2025 | 🕐 | Email paralegal, attn. to status of proceeding  ● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.20h | $350.00 | - | $70.00 |
| | | | | | **49.45h** | | **$0.00** 0.00h | **$16,182.50** 49.45h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 02/28/2025 | 🕐 | Email co-counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 03/06/2025 | 🕐 | Email co-counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 03/11/2025 | 🕐 | Email co-counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 03/17/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.20h | $350.00 | - | $70.00 |
| 03/18/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.20h | $350.00 | - | $70.00 |
| 03/19/2025 | 🕐 | Draft letter to chambers<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 03/19/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 03/20/2025 | 🕐 | Email paralegal, attn. to status of proceeding<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 03/24/2025 | 🕐 | Email paralegal, attn. to status of proceeding<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | **49.45h** | | **$0.00**<br>0.00h | **$16,182.50**<br>49.45h |

# Activities Export

07/07/2025
5:53 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 03/28/2025 | 🕐 | Email co-counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/07/2025 | 🕐 | Email Chambers, attn. to availability to meet-amd=cpmfer<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.40h | $350.00 | - | $140.00 |
| 04/07/2025 | 🕐 | Email Chambers, attn. to settlement conference statement<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/10/2025 | 🕐 | Collate Defendants' document responses<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 04/10/2025 | 🕐 | Attend virtual settlement conference<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.75h | $350.00 | - | $262.50 |
| 04/10/2025 | 🕐 | Email paralegal, attn. to status of proceeding<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.30h | $350.00 | - | $105.00 |
| 04/17/2025 | 🕐 | Draft settlement conference statement<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 2.25h | $350.00 | - | $787.50 |
| 04/17/2025 | 🕐 | Draft proposed financial affidavit<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.50h | $350.00 | - | $175.00 |
| 04/18/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | **49.45h** | | **$0.00**<br>0.00h | **$16,182.50**<br>49.45h |

# Activities Export

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/22/2025 | 🕐 | Email co-counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/23/2025 | 🕐 | Collate Defendants' document responses<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 04/25/2025 | 🕐 | Draft letter to chambers<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 04/25/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/28/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/29/2025 | 🕐 | Draft letter to chambers<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 04/29/2025 | 🕐 | Email paralegal, attn. to status of proceeding<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 04/30/2025 | 🕐 | Email Chambers, attn. to availability to meet-and-confer<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.40h | $350.00 | - | $140.00 |
| 04/30/2025 | 🕐 | Phone Call [Hon. Taryn A. Merkl, U.S.M.J.]<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| | | | | | **49.45h** | | **$0.00**<br>0.00h | **$16,182.50**<br>49.45h |

# Activities Export

07/07/2025
5:53 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/30/2025 | 🕐 | Phone Call [Aaron Hernandez]<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 04/30/2025 | 🕐 | Email paralegal, attn. to status of proceeding<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/01/2025 | 🕐 | Email Chambers, attn. to availability to meet-and-confer<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/02/2025 | 🕐 | Email Chambers, attn. to availability to meet-and-confer<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/02/2025 | 🕐 | Phone Call [co-counsel]<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 05/02/2025 | 🕐 | Email client, attn. to status of proceedings<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/07/2025 | 🕐 | Email paralegal, attn. to status of proceeding<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.30h | $350.00 | - | $105.00 |
| 05/07/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/09/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | **49.45h** | | **$0.00**<br>0.00h | **$16,182.50**<br>49.45h |

# Activities Export

07/07/2025
5:53 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/13/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/16/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/19/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/21/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/23/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/27/2025 | 🕐 | Draft Cheeks Letter<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| 05/27/2025 | 🕐 | Draft Settlement Agreement<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 2.75h | $350.00 | - | $962.50 |
| 05/27/2025 | 🕐 | Draft proposed stipulation of dismissal<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.75h | $350.00 | - | $262.50 |
| 05/27/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | **49.45h** | | **$0.00**<br>0.00h | **$16,182.50**<br>49.45h |

# Activities Export

07/07/2025
5:53 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/28/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/29/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/30/2025 | 🕐 | Draft letter to chambers<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 06/04/2025 | 🕐 | Calculate distribution, attn. to costs and expenses<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.50h | $350.00 | - | $175.00 |
| 06/04/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 06/05/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 06/06/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 06/09/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 06/10/2025 | 🕐 | Email paralegal, attn. to status of proceeding<br>🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | **49.45h** | | **$0.00**<br>0.00h | **$16,182.50**<br>49.45h |

# Activities Export

07/07/2025
5:53 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/10/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 06/12/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 06/16/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 06/17/2025 | 🕐 | Phone Call [Aaron Hernandez]<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 06/17/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 06/18/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 06/19/2025 | 🕐 | Draft letter to chambers<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 06/19/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 06/23/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings<br>● Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| | | | | | **49.45h** | | **$0.00**<br>0.00h | **$16,182.50**<br>49.45h |

# Activities Export

07/07/2025
5:53 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 06/25/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 06/26/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 06/27/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 06/30/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 07/01/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 07/03/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 07/04/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 07/07/2025 | 🕐 | Email opp. counsel, attn. to status of proceedings 🔵 Unbilled | 00661-Aaron Hernandez v. Happy Street LLC et al [1:22-cv-06918] | Jason Mizrahi | 0.20h | $350.00 | - | $70.00 |
| | | | | | **49.45h** | | **$0.00** 0.00h | **$16,182.50** 49.45h |