# EXHIBIT C

ⓘ **Online payment service interruption, 11/19/2022**                                                          ✕

Online payment processing will be unavailable on <u>Saturday, November 19, 2022</u>, from 6:00 p.m. to 10:00 p.m. ET due to scheduled maintenance of the U.S. Treasury's payment processing system.

An official website of the United States government. Here's how you know. ⌄                                    Log in to PACER Systems →

| | |
|---|---|
| **Account Number** | 4195686 |
| **Username** | Jlevinepstein |
| **Account Balance** | $1,076.10 |
| **Case Search Status** | Active |
| **Account Type** | Upgraded PACER Account |

**Pay Filing Fee for New York Eastern District Court**

\* Required Information

**Payment Amount**

Amount Due \*        **$402.00**

**Select a Payment Method**

○  VISA
   Joshua D. Levin-Epstein
   XXXXXXXXXXXX3054
   07/2027
○  **Enter a credit card**
○  **Enter an ACH account**

**Note: We protect the security of your information during transmission using Secure Sockets Layer (SSL) software, which encrypts information you submit.**

[ Next ]  [ Cancel ]

PACER FAQ                                    Privacy & Security                                    Contact Us

This site is maintained by the Administrative Office of
the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

# PREFERRED PROCESS SERVERS INC.

166-06 24th Road, Whitestone, NY 11357

Phone 718-362-4890  --  FAX 718-352-0400

info@ppservers.com

**Due By: 01/04/2023**
Invoice Date: 12/5/2022
Invoice #: 1521125

Job#: 1521125
Client File#: hernandez vs. happy street

Attn:

LEVIN EPSTEIN & ASSOCIATES PC
60 EAST 42ND ST., STE#4700
NEW YORK , NY 10165

**TOTAL INVOICE AMOUNT DUE**

$113.10

- - - - - - -                                                                        - - - - - -

**Job #:** 1521125      **Your #:**  hernandez vs. happy street
**Plaintiff:**  AARON HERNANDEZ, ON BEHALF OF HIMSELF AND
**Defendant:**  HAPPY STREET, LLC, HAPPY STREET TOO LLC, and
**Civil Number** 1:22-CV-06918 DG-TAM
**Documents:** Summons in a Civil Action, COMPLAINT

**Recipient:**
HAPPY STREET, LLC
**Person Served:**
Nancy Doughtery
SEC OF STATE, ALBANY, NY 12207

**Date Received:**
11/22/2022
**Completed:**
11/28/2022

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Standard Service | 1 | $65.00 | $65.00 |
| Advanced Secretary of State Fee | 1 | $40.00 | $40.00 |
| COPIES | 54 | $0.15 | $8.10 |

**Job Total Due =**        $113.10

**TOTAL INVOICE CHARGES:**                                                                $113.10
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:**                                                          $113.10

# PREFERRED PROCESS SERVERS INC.

166-06 24th Road, Whitestone, NY 11357

Phone 718-362-4890  --  FAX 718-352-0400

info@ppservers.com

**Due By: 04/07/2023**
Invoice Date: 3/8/2023
Invoice #: 1527218

Attn:

LEVIN EPSTEIN & ASSOCIATES PC
60 EAST 42ND ST., STE#4700
NEW YORK , NY 10165

**TOTAL INVOICE AMOUNT DUE**

$142.60

- - - - - - -                                                                          - - - - - - -

Job #:  1527218      **Your #:**    hernandez vs. happy street
**Plaintiff:**  AARON HERNANDEZ, on behalf of himself and others
**Defendant:**  HAPPY STREET, LLC, HAPPY STREET TOO LLC, AND
**Index Number** 1:22-CV-06918
**Documents:** SUMMONS IN A CIVIL ACTION AND COMPLAINT

**Recipient:**
SLOBODAN RADIVOJEVIC
**Person Served:**

**Date Received:**
2/27/2023
**Completed:**
3/6/2023

924 COLUMBUS AVENUE, NEW YORK, NY 10025

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Standard Service | 1 | $65.00 | $65.00 |
| COPIES | 84 | $0.15 | $12.60 |
| | | Job Total Due = | $77.60 |

Job #:  1527219      **Your #:**    hernandez vs. happy street
**Plaintiff:**  AARON HERNANDEZ, on behalf of himself and others
**Defendant:**  HAPPY STREET, LLC, HAPPY STREET TOO LLC, AND
**Index Number** 1:22-CV-06918
**Documents:** SUMMONS IN A CIVIL ACTION AND COMPLAINT

**Recipient:**
SLOBODAN RADIVOJEVIC
**Person Served:**

**Date Received:**
2/27/2023
**Completed:**
3/6/2023

2127 AMSTERDAM AVENUE, NEW YORK , NY 10032

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Standard Service | 1 | $65.00 | $65.00 |
| | | Job Total Due = | $65.00 |

**TOTAL INVOICE CHARGES:** $142.60
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:** $142.60

**Preferred Process Servers Inc.**
**166-06 24th Road**
**Whitestone, NY 11357**
**Phone: 718-362-4890**
**Fax: 718-352-0400**
**Email: info@ppservers.com**

**Statement Date**
06/27/2023

## Billing Statement

LEVIN EPSTEIN & ASSOCIATES PC
60 EAST 42ND ST., STE#4700
NEW YORK , NY 10165

Statement covers unpaid invoices through 06/27/2023.

- - - - - - -                                                                                                      - - - - - -

**CASE: 1:23-CV-01707-ENV-MMH**                    **Client File #**  solis vs. tropical

Plaintiff: ALFREDO ANDRADE SOLIS ON BEHALF    VS    Defendant: TROPICAL RESTAURANT BAR INC ET

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|--------------|-------|--------|---|---|--------|--------|
| 1530334 | 4/13/2023 | 1530334 | **JAIME ANTONIO PESANTEZ** | | | **$75.80** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | COPIES | | | 72 | $0.15 | $10.80 | |
| 1530334 | 4/13/2023 | 1530335 | **88-18 TROPICAL RESTAURANTS CORP** | | | **$35.00** | Over 30 Days |
| | Second defendant at same | | | 1 | $35.00 | $35.00 | |

**CASE AMOUNT DUE:**                                                                **$110.80**

**CASE: 1:22-cv-06010-LDH-CLP**                    **Client File #**  jones v. mega home

Plaintiff: LEROY JONES, ON BEHALF OF HIMSELF    VS    Defendant: MEGA HOME & LINEN, INC., AND

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|--------------|-------|--------|---|---|--------|--------|
| 1534629 | 6/23/2023 | 1534629 | **SHAUN ZAKARIA** | | | **$73.10** | Current |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | COPIES | | | 54 | $0.15 | $8.10 | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| YOUR RETURN ADDRESS: | |
|---|---|
| | Current: $2,385.70 | TOTAL DUE$ | **$9,953.55** |

Current: $2,385.70
Past 30: $4,123.80
Past 60: $2,491.65
Past 90: $952.40

TOTAL DUE$                $9,953.55

AMOUNT ENCLOSED$

LEVIN EPSTEIN & ASSOCIATES PC
60 EAST 42ND ST., STE#4700
NEW YORK , NY 10165

**Statement Date**
06/27/2023

| MAIL PAYMENT TO: | MAKE CHECKS PAYABLE TO & REMIT TO: |
|---|---|

Preferred Process Servers Inc.
166-06 24th Road
Whitestone, NY 11357

Preferred Process Servers Inc.

**Page 1**

Preferred Process Servers Inc.
166-06 24th Road, Whitestone, NY 11357

Statement covers unpaid invoices through 06/27/2023.

**Statement Date**
06/27/2023

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|--------------|-------|--------|--|--|--------|--------|
| **CASE AMOUNT DUE:** | | | | | | **$73.10** | |

**CASE: 1:23-CV-03101**                    **Client File #** staffing vs. b2c2

Plaintiff: STAFFING GLOBAL CORP.    VS    Defendant: B2C2 USA INC., AND B2C2 LIMITED

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|--------------|-------|--------|--|--|--------|--------|
| 1530942 | 5/15/2023 | 1530942 | **B2C2 USA INC.** | | | **$200.40** | Over 30 Days |
| | Out of State | | | 1 | $195.00 | $195.00 | |
| | COPIES | | | 36 | $0.15 | $5.40 | |
| 1530942 | 5/15/2023 | 1532029 | **B2C2 USA INC. C/O UNITED CORPORATE** | | | **$195.00** | Over 30 Days |
| | Out of State | | | 1 | $195.00 | $195.00 | |
| **CASE AMOUNT DUE:** | | | | | | **$395.40** | |

**CASE: 1:23-CV-02525-LGS**                    **Client File #** velazquez vs. valery joseph

Plaintiff: DAVID FERNANDO VERNAZA    VS    Defendant: VALERY JOSEPH SALON, LTD.,

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|--------------|-------|--------|--|--|--------|--------|
| 1529240 | 4/10/2023 | 1529240 | **VALERY JOSEPH** | | | **$77.60** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | COPIES | | | 84 | $0.15 | $12.60 | |
| 1529240 | 4/10/2023 | 1529241 | **VALERY JOSEPH SALON, LTD.** | | | **$105.00** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | Advanced Secretary of State Fee | | | 1 | $40.00 | $40.00 | |
| **CASE AMOUNT DUE:** | | | | | | **$182.60** | |

**CASE: 1:23-cv-01680-RPK-MMH**                    **Client File #** lozado v. centro

Plaintiff: EMANUEL BERMEO LOZADO & MIGUEL    VS    Defendant: CENTRO GLASS CORP., & VICTOR

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|--------------|-------|--------|--|--|--------|--------|
| 1534346 | 6/13/2023 | 1534346 | **VICTOR ELIAS BERMEO GUZMAN** | | | **$71.00** | Current |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | COPIES | | | 40 | $0.15 | $6.00 | |
| **CASE AMOUNT DUE:** | | | | | | **$71.00** | |

**CASE: 1:22-CV-07771-DG-RML**                    **Client File #** almonte vs. mikot

Plaintiff: CASIMIRO GOMEZ ALMONTE ON    VS    Defendant: MIKOT CONSTRUCTION INC, EKOT

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|--------------|-------|--------|--|--|--------|--------|
| 1529342 | 5/5/2023 | 1529342 | **MIROSLAW KOTLEWSKI (A/K/A "MIKE"** | | | **$85.25** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | COPIES | | | 135 | $0.15 | $20.25 | |
| 1529342 | 5/5/2023 | 1529343 | **MIROSLAW KOTLEWSKI (A/K/A "MIKE"** | | | **$65.00** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| 1529342 | 5/5/2023 | 1529344 | | | | **$35.00** | Over 30 Days |
| | Second defendant at same | | | 1 | $35.00 | $35.00 | |
| 1529342 | 5/5/2023 | 1529345 | **MIKOT CONSTRUCTION INC, C/O MIROSLAW** | | | **$35.00** | Over 30 Days |
| | Second defendant at same | | | 1 | $35.00 | $35.00 | |

Preferred Process Servers Inc.
166-06 24th Road, Whitestone, NY 11357

**Statement Date**
06/27/2023

Statement covers unpaid invoices through 06/27/2023.

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| **CASE AMOUNT DUE:** | | | | | | **$220.25** | |

**CASE:** 1:22-CV-10368    **Client File #** islam vs. ben's

Plaintiff: RAFIQUL ISLAM ON BEHALF OF HIMSELF  VS  Defendant: BEN'S KOSHER DELICATESSEN &

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| 1530559 | 4/28/2023 | 1530559 | **BEN'S KOSHER DELICATESSEN &** | | | **$124.80** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | Advanced Secretary of State Fee | | | 1 | $40.00 | $40.00 | |
| | COPIES | | | 132 | $0.15 | $19.80 | |
| 1530559 | 4/28/2023 | 1530560 | **RONALD M. DRAGOON** | | | **$65.00** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| 1530559 | 4/28/2023 | 1530561 | **ROBERT B. DAVID** | | | **$35.00** | Over 30 Days |
| | Second defendant at same | | | 1 | $35.00 | $35.00 | |
| **CASE AMOUNT DUE:** | | | | | | **$224.80** | |

**CASE:** 1:23-CV-02767-ENV-SJB    **Client File #** friedner vs. pigri

Plaintiff: REBECCA FRIEDNER, ON BEHALF OF  VS  Defendant: PIGRI LLC, AND TOMMASO MAZZONI

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| 1530803 | 4/27/2023 | 1530803 | **PIGRI LLC** | | | **$117.60** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | Advanced Secretary of State Fee | | | 1 | $40.00 | $40.00 | |
| | COPIES | | | 84 | $0.15 | $12.60 | |
| 1530803 | 4/27/2023 | 1530804 | **TOMMASO MAZZONI** | | | **$65.00** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| **CASE AMOUNT DUE:** | | | | | | **$182.60** | |

**CASE:** 651025/2023    **Client File #** schultz vs. uhr

Plaintiff: SHOSHANA SCHULTZ, PENINA MEYER  VS  Defendant: MICHAEL UHR, THE IDA MARKUS

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| 1527965 | 4/1/2023 | 1527965 | **MICHAEL UHR** | | | **$95.00** | Over 30 Days |
| | Out of State | | | 1 | $95.00 | $95.00 | |
| **CASE AMOUNT DUE:** | | | | | | **$95.00** | |

**CASE:** 653422/2022    **Client File #** barg vs. aim

Plaintiff: OLEG BARG  VS  Defendant: DAVID AIM

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| 1532315 | 6/21/2023 | 1532315 | **DAVID AIM** | | | **$5.10** | Current |
| | Standard Service | | | 0 | $0.00 | $0.00 | |
| | COPIES | | | 34 | $0.15 | $5.10 | |
| 1532315 | 6/21/2023 | 1534554 | **DAVID AIM** | | | **$65.00** | Current |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| **CASE AMOUNT DUE:** | | | | | | **$70.10** | |

Preferred Process Servers Inc.
166-06 24th Road, Whitestone, NY 11357

**Statement Date**
06/27/2023

Statement covers unpaid invoices through 06/27/2023.

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|--------------|-------|--------|---|---|--------|--------|

**CASE: 1:22-CV-06918-DG-TAM**       **Client File #** hernandez vs. happy street

Plaintiff: AARON HERNANDEZ, ON BEHALF OF    vs    Defendant: HAPPY STREET LLC, HAPPY STREET

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|--------------|-------|--------|---|---|--------|--------|
| 1531968 | 5/8/2023 | 1531968 | HAPPY STREET LLC | | | $65.00 | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| 1531968 | 5/8/2023 | 1531971 | HAPPY STREET TOO LLC | | | $35.00 | Over 30 Days |
| | Second defendant at same | | | 1 | $35.00 | $35.00 | |
| 1531968 | 5/8/2023 | 1531972 | SLOBODAN RADIVOJEVIC (A/K/A BOB | | | $35.00 | Over 30 Days |
| | Second defendant at same | | | 1 | $35.00 | $35.00 | |

**CASE AMOUNT DUE:**                                                                **$135.00**

**CASE: 1:23-cv-2397**       **Client File #** jerez v. fashion poet

Plaintiff: RUTH JEREZ ON BEHALF OF HERSELF    vs    Defendant: THE FASHION POET LLC AND ADY

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|--------------|-------|--------|---|---|--------|--------|
| 1532860 | 6/13/2023 | 1532860 | ADY GLUCK-FRANKEL | | | $70.10 | Current |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | COPIES | | | 34 | $0.15 | $5.10 | |

**CASE AMOUNT DUE:**                                                                **$70.10**

**CASE: 1:22-CV-06048-KAM-VMS**       **Client File #** almonte vs. bermeo

Plaintiff: COSMELINA ALMONTE, ON BEHALF OF    vs    Defendant: BERMEO FOOD CORP., NELSON

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|--------------|-------|--------|---|---|--------|--------|
| 1528491 | 3/24/2023 | 1528491 | NELSON BERMEO | | | $78.80 | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | COPIES | | | 92 | $0.15 | $13.80 | |
| 1528491 | 3/24/2023 | 1528492 | ARTURO BERMEO | | | $35.00 | Over 30 Days |
| | Second defendant at same | | | 1 | $35.00 | $35.00 | |

**CASE AMOUNT DUE:**                                                                **$113.80**

**CASE: 1:23-CV-00141-ENV-VMS**       **Client File #** diaz vs. chimi

Plaintiff: ESMERLYN DIAZ, ON BEHALF OF    vs    Defendant: CHIMI MUNDO AND RESTAURANT

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|--------------|-------|--------|---|---|--------|--------|
| 1534601 | 6/20/2023 | 1534601 | CHIMI MUNDO AND RESTAURANT CORP., | | | $75.80 | Current |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | COPIES | | | 72 | $0.15 | $10.80 | |
| 1534601 | 6/20/2023 | 1534602 | CHIMI MUNDO ON WHEELS, INC., | | | $35.00 | Current |
| | Second defendant at same | | | 1 | $35.00 | $35.00 | |
| 1534601 | 6/20/2023 | 1534603 | MARIA LEONARDO | | | $35.00 | Current |
| | Second defendant at same | | | 1 | $35.00 | $35.00 | |

**CASE AMOUNT DUE:**                                                                **$145.80**

Preferred Process Servers Inc.

166-06 24th Road, Whitestone, NY 11357

Statement covers unpaid invoices through 06/27/2023.

**Statement Date**

06/27/2023

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|-------------|-------|--------|--|--|--------|--------|

**CASE: 1:22-cv-07003 ARR-RLM**   **Client File #**   perez vs. 66 meat

Plaintiff: ANGEL PEREZ ON BEHALF OF HIMSELF   VS   Defendant: 66 MEAT CORP ET AL

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|-------------|-------|--------|--|--|--------|--------|
| 1531299 | 5/5/2023 | 1531299 | 50-01 MEAT CORP. | | | **$136.20** | Over 30 Days |
| | | | Standard Service | 1 | $65.00 | $65.00 | |
| | | | Advanced Secretary of State Fee | 1 | $40.00 | $40.00 | |
| | | | COPIES | 208 | $0.15 | $31.20 | |
| 1531299 | 5/5/2023 | 1531304 | 205 MEAT CORP. | | | **$105.00** | Over 30 Days |
| | | | Standard Service | 1 | $65.00 | $65.00 | |
| | | | Advanced Secretary of State Fee | 1 | $40.00 | $40.00 | |
| 1531299 | 5/5/2023 | 1531308 | 509 MEAT CORP. | | | **$105.00** | Over 30 Days |
| | | | Standard Service | 1 | $65.00 | $65.00 | |
| | | | Advanced Secretary of State Fee | 1 | $40.00 | $40.00 | |
| 1531299 | 5/5/2023 | 1531309 | AMEED MUJALLI | | | **$65.00** | Over 30 Days |
| | | | Standard Service | 1 | $65.00 | $65.00 | |
| 1530215 | 4/18/2023 | 1530215 | 66 MEAT CORP | | | **$120.60** | Over 30 Days |
| | | | Standard Service | 1 | $65.00 | $65.00 | |
| | | | Advanced Secretary of State Fee | 1 | $40.00 | $40.00 | |
| | | | COPIES | 104 | $0.15 | $15.60 | |
| 1530215 | 4/18/2023 | 1530216 | MOHAMMED MUJALLI | | | **$65.00** | Over 30 Days |
| | | | Standard Service | 1 | $65.00 | $65.00 | |

**CASE AMOUNT DUE:**                                                     **$596.80**

---

**CASE: 23-CV-02608**   **Client File #**   hernandez vs. pramer

Plaintiff: MARIELA HERNANDEZ   VS   Defendant: PATRICIA PRAMER (AKA PATRICIA

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|-------------|-------|--------|--|--|--------|--------|
| 1529796 | 4/28/2023 | 1529796 | PATRICIA PRAMER (AKA PATRICIA MACHADO | | | **$68.90** | Over 30 Days |
| | | | Standard Service | 1 | $65.00 | $65.00 | |
| | | | COPIES | 26 | $0.15 | $3.90 | |

**CASE AMOUNT DUE:**                                                     **$68.90**

---

**CASE: 1:23-CV-02968**   **Client File #**   pepperpot vs. la rosa

Plaintiff: EVIE PEPPERPOT ON BEHALF OF   VS   Defendant: LA ROSA DEL MONTE EXPRESS INC

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|-------------|-------|--------|--|--|--------|--------|
| 1530360 | 4/28/2023 | 1530360 | LA ROSA DEL MONTE EXPRESS INC | | | **$115.35** | Over 30 Days |
| | | | Standard Service | 1 | $65.00 | $65.00 | |
| | | | Advanced Secretary of State Fee | 1 | $40.00 | $40.00 | |
| | | | COPIES | 69 | $0.15 | $10.35 | |
| 1530360 | 4/28/2023 | 1530361 | HIRAM RODRIGUEZ | | | **$65.00** | Over 30 Days |
| | | | Standard Service | 1 | $65.00 | $65.00 | |

**CASE AMOUNT DUE:**                                                     **$180.35**

Preferred Process Servers Inc.
166-06 24th Road, Whitestone, NY 11357
Statement covers unpaid invoices through 06/27/2023.

**Statement Date**
06/27/2023

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|

**CASE: 651025/2023**        **Client File #** schultz vs. uhr

Plaintiff: SHOSHANA SCHULTZ, PENINA MEYER  VS  Defendant: MICHAEL UHR, THE IDA MARKUS

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| 1527308 | 4/1/2023 | 1527308 | **MICHAEL UHR** | | **$195.00** | Over 30 Days |
| | Out of State | | | 1 | $195.00 | $195.00 |
| **CASE AMOUNT DUE:** | | | | | **$195.00** | |

**CASE: 1:22-CV-07361-RA**        **Client File #** diaz vs. a&m tasty

Plaintiff: FELIX DIAZ, ON BEHALF OF HIMSELF  VS  Defendant: A & M TASTY SNACKS, INC. AHMED

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| 1528554 | 3/26/2023 | 1528554 | **MEDHAT ELSHERBINY** | | **$65.00** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 |
| 1528554 | 3/26/2023 | 1528556 | **A & M TASTY SNACKS, INC** | | **$35.00** | Over 30 Days |
| | Second defendant at same | | | 1 | $35.00 | $35.00 |
| **CASE AMOUNT DUE:** | | | | | **$100.00** | |

**CASE: 1:23-CV-00004-AT**        **Client File #** holguin vs. quality furniture

Plaintiff: CAMILO HOLGUIN, AND ASTRID COELLO,  VS  Defendant: QUALITY FURNITURE NY LLC,

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| 1527327 | 4/1/2023 | 1527327 | **ISSA NASRALLAH** | | **$99.50** | Over 30 Days |
| | Standard Service - Westchester | | | 1 | $95.00 | $95.00 |
| | COPIES | | | 30 | $0.15 | $4.50 |
| 1527327 | 4/1/2023 | 1527330 | **BARGAIN HOUSE BY QUALITY FURNITURE** | | **$135.00** | Over 30 Days |
| | Standard Service  UPSTATE | | | 1 | $135.00 | $135.00 |
| **CASE AMOUNT DUE:** | | | | | **$234.50** | |

**CASE: 1:23-cv-00094**        **Client File #** pichardo vs. jaja

Plaintiff: FRANCIS PICHARDO  VS  Defendant: JAJA PICKUP AND DROP INC., JAJA

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| 1529844 | 4/28/2023 | 1529844 | **JAJA REAL ESTATE LLC** | | **$73.55** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 |
| | COPIES | | | 57 | $0.15 | $8.55 |
| 1529844 | 4/28/2023 | 1529845 | **SAKOE JAJA** | | **$35.00** | Over 30 Days |
| | Second defendant at same | | | 1 | $35.00 | $35.00 |
| 1529844 | 4/28/2023 | 1530770 | **JAJA REAL ESTATE LLC** | | **$105.00** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 |
| | Advanced Secretary of State Fee | | | 1 | $40.00 | $40.00 |
| **CASE AMOUNT DUE:** | | | | | **$213.55** | |

Preferred Process Servers Inc.
166-06 24th Road, Whitestone, NY 11357

Statement covers unpaid invoices through 06/27/2023.

**Statement Date**
06/27/2023

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|

**CASE: 1:22-CV-05449-DG-TAM**          **Client File #** ward vs. empire

Plaintiff: JOSHUA WARD, ON BEHALF OF HIMSELF    vs    Defendant: EMPIRE SECURITY & PROTECTION,

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| 1528384 | 6/7/2023 | 1528384 | **EMPIRE SECURITY & PROTECTION, LLC,** | | **$80.75** | **Current** |
| | Standard Service | | | 1    $65.00 | $65.00 | |
| | COPIES | | | 105    $0.15 | $15.75 | |
| 1528384 | 6/7/2023 | 1528385 | **EMPIRE SECURITY CONSULTANTS, CORP.,** | | **$65.00** | **Current** |
| | Standard Service | | | 1    $65.00 | $65.00 | |
| 1528384 | 6/7/2023 | 1528386 | **JOHN GALASSO** | | **$35.00** | **Current** |
| | Second defendant at same | | | 1    $35.00 | $35.00 | |

**CASE AMOUNT DUE:**                                                    **$180.75**

**CASE: 22-CV-06918**          **Client File #** hernandez vs. happy street

Plaintiff: AARON HERNANDEZ ON BEHALF OF    vs    Defendant: HAPPY STREET LLC ET AL

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| 1528549 | 3/22/2023 | 1528549 | **SLOBODAN RADIVOJEVIC (A/K/A BOB** | | **$74.45** | **Over 30 Days** |
| | Standard Service | | | 1    $65.00 | $65.00 | |
| | COPIES | | | 63    $0.15 | $9.45 | |
| 1528549 | 3/22/2023 | 1528550 | **HAPPY STREET TOO LLC** | | **$35.00** | **Over 30 Days** |
| | Second defendant at same | | | 1    $35.00 | $35.00 | |

**CASE AMOUNT DUE:**                                                    **$109.45**

**CASE: 1:22-CV-04677-PKC-MMH**          **Client File #** diaspora vs. columbus

Plaintiff: DIA DIASPORA, ON BEHALF OF HERSELF    vs    Defendant: COLUMBUS ALE HOUSE INC., TOV

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| 1531185 | 4/26/2023 | 1531185 | **TOV LUTZER** | | **$72.65** | **Over 30 Days** |
| | Standard Service | | | 1    $65.00 | $65.00 | |
| | COPIES | | | 51    $0.15 | $7.65 | |
| 1531185 | 4/26/2023 | 1531188 | **COLUMBUS ALE HOUSE INC., A/K/A THE** | | **$35.00** | **Over 30 Days** |
| | Second defendant at same | | | 1    $35.00 | $35.00 | |

**CASE AMOUNT DUE:**                                                    **$107.65**

**CASE: 1:23-CV-2395**          **Client File #** hinson vs. tammys

Plaintiff: CELIA HINSON ON BEHALF OF HERSELF    vs    Defendant: TAMMY'S NAIL UTOPIA LLC AND

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| 1529780 | 4/28/2023 | 1529780 | **TAMMYS NAIL UTOPIA LLC** | | **$117.00** | **Over 30 Days** |
| | Standard Service | | | 1    $65.00 | $65.00 | |
| | Advanced Secretary of State Fee | | | 1    $40.00 | $40.00 | |
| | COPIES | | | 80    $0.15 | $12.00 | |
| 1529780 | 4/28/2023 | 1529781 | **TAMARA OLLIVIERRE** | | **$65.00** | **Over 30 Days** |
| | Standard Service | | | 1    $65.00 | $65.00 | |

**CASE AMOUNT DUE:**                                                    **$182.00**

Preferred Process Servers Inc.
166-06 24th Road, Whitestone, NY 11357

Statement covers unpaid invoices through 06/27/2023.

**Statement Date**
06/27/2023

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|

**CASE: 1:23-CV-00004-AT**    **Client File #** holguin vs. quality

Plaintiff: CAMILO HOLGUIN, AND ASTRID COELLO,    VS    Defendant: QUALITY FURNITURE NY LLC,

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| 1531289 | 5/4/2023 | 1531289 | **ISSA NASRALLAH** | | **$144.30** | Over 30 Days |
| | Standard Service  UPSTATE | | | 1 | $135.00 | $135.00 |
| | COPIES | | | 62 | $0.15 | $9.30 |

**CASE AMOUNT DUE:**    **$144.30**

**CASE: 1:23-CV-02028-RPK-TAM**    **Client File #** blanco vs. winstar

Plaintiff: IRVING BLANCO, KEVIN GREGORIO    VS    Defendant: WINSTAR SERVICE INC., KINGSLAND

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| 1528944 | 4/1/2023 | 1528944 | **THOMAS LIN** | | **$80.00** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 |
| | COPIES | | | 100 | $0.15 | $15.00 |
| 1528944 | 4/1/2023 | 1528945 | **WINSTAR SERVICE INC.,** | | **$105.00** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 |
| | Advanced Secretary of State Fee | | | 1 | $40.00 | $40.00 |

**CASE AMOUNT DUE:**    **$185.00**

**CASE: 1:22-CV-10500-CM**    **Client File #** altamirano vs. 127

Plaintiff: JAIME ALTAMIRANO ON BEHALF OF    VS    Defendant: 127 FOURTH AVENUE RESTAURANT

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| 1529592 | 5/11/2023 | 1529592 | **127 FOURTH AVENUE RESTAURANT LLC** | | **$117.60** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 |
| | Advanced Secretary of State Fee | | | 1 | $40.00 | $40.00 |
| | COPIES | | | 84 | $0.15 | $12.60 |
| 1529592 | 5/11/2023 | 1529593 | **NAPHTALY ABENAIM** | | **$65.00** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 |

**CASE AMOUNT DUE:**    **$182.60**

**CASE: 1:22-CV-06918-DG-TAM**    **Client File #** hernandez vs. happy street

Plaintiff: AARON HERNANDEZ, on behalf of himself    VS    Defendant: HAPPY STREET LLC, HAPPY STREET

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| 1529340 | 5/16/2023 | 1529340 | **SLOBODAN RADIVOJEVIC (A/K/A BOB** | | **$201.30** | Over 30 Days |
| | Out of State | | | 1 | $195.00 | $195.00 |
| | COPIES | | | 42 | $0.15 | $6.30 |
| 1529340 | 5/16/2023 | 1529341 | **HAPPY STREET TOO LLC** | | **$75.00** | Over 30 Days |
| | Second defendant at same | | | 1 | $75.00 | $75.00 |
| 1529340 | 5/16/2023 | 1530007 | **SLOBODAN RADIVOJEVIC (A/K/A BOB** | | **$195.00** | Over 30 Days |
| | Out of State | | | 1 | $195.00 | $195.00 |
| 1529340 | 5/16/2023 | 1530008 | **HAPPY STREET TOO LLC** | | **$75.00** | Over 30 Days |
| | Second defendant at same | | | 1 | $75.00 | $75.00 |

**CASE AMOUNT DUE:**    **$546.30**

Preferred Process Servers Inc.
166-06 24th Road, Whitestone, NY 11357

**Statement Date**
06/27/2023

Statement covers unpaid invoices through 06/27/2023.

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|

**CASE: 23-CV-04291-AT**    **Client File #** garcia v. s&d security

Plaintiff: JORGE GARCIA, ON BEHALF OF    VS    Defendant: S&D SECURITY AND DATA INC.,

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| 1533344 | 6/5/2023 | 1533344 | **S&D SECURITY AND DATA INC.** | | | **$13.20** | **Current** |
| | Standard Service | | | 1 | $0.00 | $0.00 | |
| | COPIES | | | 88 | $0.15 | $13.20 | |
| 1533344 | 6/5/2023 | 1533345 | **SHAY AMIR** | | | **$65.00** | **Current** |
| | Standard Service | | | 1 | $65.00 | $65.00 | |

**CASE AMOUNT DUE:**    **$78.20**

**CASE: 1:23-cv-3340 BMC**    **Client File #**

Plaintiff: RAMON DIAZ, ON BEHALF OF HIMSELF    VS    Defendant: G.F. ENTERPRISES LLC, GFE

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| 1533724 | 6/13/2023 | 1533724 | **GEORGE FELLOWS** | | | **$74.00** | **Current** |
| | COPIES | | | 60 | $0.15 | $9.00 | |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| 1533724 | 6/13/2023 | 1533725 | **GFE NOSTRAND AVENUE LLC** | | | **$105.00** | **Current** |
| | Advanced Secretary of State Fee | | | 1 | $40.00 | $40.00 | |
| | Standard Service | | | 1 | $65.00 | $65.00 | |

**CASE AMOUNT DUE:**    **$179.00**

**CASE: 1:23-CV-00004-AT**    **Client File #** holquin vs. furniture ny llc

Plaintiff: CAMILO HOLGUIN, AND ASTRID COELLO,    VS    Defendant: QUALITY FURNITURE NY LLC,

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| 1528687 | 3/27/2023 | 1528687 | **BARGAIN HOUSE BY QUALITY FURNITURE NY** | | | **$108.95** | **Over 30 Days** |
| | Standard Service - Westchester | | | 1 | $95.00 | $95.00 | |
| | COPIES | | | 93 | $0.15 | $13.95 | |
| 1528687 | 3/27/2023 | 1528689 | **ISSA NASRALLAH** | | | **$55.00** | **Over 30 Days** |
| | Second defendant at same | | | 1 | $55.00 | $55.00 | |
| 1528687 | 3/27/2023 | 1528691 | **BARGAIN HOUSE BY QUALITY FURNITURE NY** | | | **$105.00** | **Over 30 Days** |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | Advanced Secretary of State Fee | | | 1 | $40.00 | $40.00 | |

**CASE AMOUNT DUE:**    **$268.95**

**CASE: 1:22-CV-07241**    **Client File #**

Plaintiff: JOSE MARIA TORRES, ON BEHALF OF    VS    Defendant: MEAT MARKET JAZMIN II CORP.,

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| 1530225 | 4/12/2023 | 1530225 | **GUADALUPE TORRES** | | | **$65.00** | **Over 30 Days** |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| 1530225 | 4/12/2023 | 1530226 | **VELEN TORRES** | | | **$35.00** | **Over 30 Days** |
| | Second defendant at same | | | 1 | $35.00 | $35.00 | |

**CASE AMOUNT DUE:**    **$100.00**

Preferred Process Servers Inc.
166-06 24th Road, Whitestone, NY 11357

Statement covers unpaid invoices through 06/27/2023.

**Statement Date**
06/27/2023

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|-----------|--------------|-------|--------|---|--------|--------|

**CASE: 1:22-CV-07064-KAM-MMH**  Client File # zabrodin vs. silk 222

Plaintiff: DAMIAN ZABRODIN, AND IMRAN    vs    Defendant: SILK 222, INC. AND KHURSHED

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|-----------|--------------|-------|--------|---|--------|--------|
| 1527223 | 4/1/2023 | 1527223 | **KHURSHED KURBANOV** | | **$72.20** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 |
| | COPIES | | | 48 | $0.15 | $7.20 |

**CASE AMOUNT DUE:** **$72.20**

**CASE: 1:23-CV-02763**  Client File # farias vs. rainbow

Plaintiff: YURI PEREZ FARIAS ON BEHALF OF    vs    Defendant: RAINBOW CLEANING SERVICE LLC,

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|-----------|--------------|-------|--------|---|--------|--------|
| 1530587 | 4/28/2023 | 1530587 | **RAINBOW CLEANING SERVICE LLC** | | **$115.80** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 |
| | Advanced Secretary of State Fee | | | 1 | $40.00 | $40.00 |
| | COPIES | | | 72 | $0.15 | $10.80 |
| 1530587 | 4/28/2023 | 1530589 | **ANDRII GURSKYI** | | **$65.00** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 |

**CASE AMOUNT DUE:** **$180.80**

**CASE: 1:22-CV-07358-BMC**  Client File # rojas vs. rojas

Plaintiff: FABIAN ROJAS, ON BEHALF OF HIMSELF    vs    Defendant: JEFF YANZA-ROJAS

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|-----------|--------------|-------|--------|---|--------|--------|
| 1527321 | 4/1/2023 | 1527321 | **JEFF YANZA-ROJAS** | | **$179.50** | Over 30 Days |
| | COPIES | | | 30 | $0.15 | $4.50 |
| | Rush Service | | | 1 | $175.00 | $175.00 |

**CASE AMOUNT DUE:** **$179.50**

**CASE: 1:22-CV-04730-DLI-SJB**  Client File # dominguez vs. 4 giron

Plaintiff: LEIDIANA DOMINGUEZ AND RAUL SOSA,    vs    Defendant: 4 GIRON CONSTRUCTION INC.,

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|-----------|--------------|-------|--------|---|--------|--------|
| 1531192 | 5/5/2023 | 1531192 | **ROSALINA GUARDADO** | | **$75.35** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 |
| | COPIES | | | 69 | $0.15 | $10.35 |
| 1531192 | 5/5/2023 | 1531193 | **4 GIRON CONSTRUCTION INC.,** | | **$105.00** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 |
| | Advanced Secretary of State Fee | | | 1 | $40.00 | $40.00 |

**CASE AMOUNT DUE:** **$180.35**

**CASE: 1:22-cv-07227 DLI-JRC**  Client File # holder v. g&a

Plaintiff: SIR RICHMOND HOLDER, ON BEHALF OF    vs    Defendant: G&A FLAGGERS LLC & CRYSTAL T.

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|-----------|--------------|-------|--------|---|--------|--------|
| 1534077 | 6/26/2023 | 1534077 | **CRYSTAL T. GOMEZ** | | **$71.00** | Current |
| | Standard Service | | | 1 | $65.00 | $65.00 |
| | COPIES | | | 40 | $0.15 | $6.00 |

Preferred Process Servers Inc.
166-06 24th Road, Whitestone, NY 11357

**Statement Date**
06/27/2023

Statement covers unpaid invoices through 06/27/2023.

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|-----------|--------------|-------|--------|--|--------|--------|
| 1534077 | 6/26/2023 | 1534944 | **CRYSTAL T. GOMEZ** | | **$65.00** | **Current** |
| | Standard Service | | 1 | $65.00 | $65.00 | |

**CASE AMOUNT DUE:** **$136.00**

---

**CASE: 1:23-cv-00193-KPF**          **Client File #** perez v. martino

Plaintiff: WILBURT PEREZ, ON BEHALF OF          VS          Defendant: MICHAEL J. MARTINO & JONAS

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|-----------|--------------|-------|--------|--|--------|--------|
| 1533398 | 6/7/2023 | 1533398 | **MICHAEL J. MARTINO** | | **$103.10** | **Current** |
| | Standard Service - Westchester | | 1 | $95.00 | $95.00 | |
| | COPIES | | 54 | $0.15 | $8.10 | |
| 1533398 | 6/7/2023 | 1533399 | **JONAS BRONCK HOUSING CO. INC.** | | **$55.00** | **Current** |
| | Second defendant at same | | 1 | $55.00 | $55.00 | |

**CASE AMOUNT DUE:** **$158.10**

---

**CASE: 1:22-CV-06918-DG-TAM**          **Client File #** hernandez vs. happy

Plaintiff: AARON HERNANDEZ, ON BEHALF OF          VS          Defendant: HAPPY STREET LLC, HAPPY STREET

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|-----------|--------------|-------|--------|--|--------|--------|
| 1531290 | 5/11/2023 | 1531290 | **HAPPY STREET LLC** | | **$77.60** | **Over 30 Days** |
| | Standard Service | | 1 | $65.00 | $65.00 | |
| | COPIES | | 84 | $0.15 | $12.60 | |
| 1531290 | 5/11/2023 | 1531292 | **HAPPY STREET TOO LLC** | | **$35.00** | **Over 30 Days** |
| | Second defendant at same | | 1 | $35.00 | $35.00 | |
| 1531290 | 5/11/2023 | 1531293 | **SLOBODAN RADIVOJEVIC (A/K/A BOB** | | **$35.00** | **Over 30 Days** |
| | Second defendant at same | | 1 | $35.00 | $35.00 | |

**CASE AMOUNT DUE:** **$147.60**

---

**CASE: 23-CV-00193**          **Client File #** perez vs. martino

Plaintiff: WILBURT PEREZ ON BEHALF OF          VS          Defendant: MICHAEL J. MARTINO AND JONAS

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|-----------|--------------|-------|--------|--|--------|--------|
| 1529969 | 4/13/2023 | 1529969 | **MICHAEL J. MARTINO** | | **$73.10** | **Over 30 Days** |
| | Standard Service | | 1 | $65.00 | $65.00 | |
| | COPIES | | 54 | $0.15 | $8.10 | |
| 1529969 | 4/13/2023 | 1529970 | **JONAS BRONCK HOUSING COMPANY INC** | | **$105.00** | **Over 30 Days** |
| | Standard Service | | 1 | $65.00 | $65.00 | |
| | Advanced Secretary of State Fee | | 1 | $40.00 | $40.00 | |

**CASE AMOUNT DUE:** **$178.10**

---

**CASE: 1:22-CV-09685-KPF**          **Client File #** aguilar vs. carben

Plaintiff: FRANCISCO LANAU AGUILAR, ON          VS          Defendant: CARBEN CONSTRUCTION INC.,

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|-----------|--------------|-------|--------|--|--------|--------|
| 1529221 | 4/11/2023 | 1529221 | **RONALD BROWNING** | | **$195.00** | **Over 30 Days** |
| | Out of State | | 1 | $195.00 | $195.00 | |

**CASE AMOUNT DUE:** **$195.00**

Preferred Process Servers Inc.
166-06 24th Road, Whitestone, NY 11357

Statement covers unpaid invoices through 06/27/2023.

**Statement Date**
06/27/2023

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|

**CASE: 1:23-CV-01674-EK-RER**   Client File #  guevara vs. liquid fba

Plaintiff: ANGEL GUEVARA, ARACELI MENDOZA,   VS   Defendant: LIQUID FBA GOLD LLC, EL SALADA

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| 1528483 | 3/22/2023 | 1528483 | SIMON ROFFE | | **$65.00** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 |

**CASE AMOUNT DUE:**    **$65.00**

**CASE: 651249/2023**   Client File #  nuvo vs pandohie

Plaintiff: NUVO NY LLC   VS   Defendant: CHRISTINE PANDOHIE

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| 1528372 | 3/22/2023 | 1528372 | CHRISTINE PANDOHIE | | **$65.00** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 |

**CASE AMOUNT DUE:**    **$65.00**

**CASE: 1:23-cv-01686-CBA-MMH**   Client File #  perdomo v. safaa

Plaintiff: MIGUEL PERDOMO, ON BEHALF OF   VS   Defendant: SAFAA IMPORT, INC., AND SAFAA

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| 1533515 | 5/29/2023 | 1533515 | SAFAA AHMED | | | **$69.50** | Current |
| | COPIES | | | 30 | $0.15 | $4.50 | |
| | Standard Service | | | 1 | $65.00 | $65.00 | |

**CASE AMOUNT DUE:**    **$69.50**

**CASE: 1:22-CV-08439-JPC**   Client File #  michele vs. amaya

Plaintiff: ALESSIA DI MICHELE, ON BEHALF OF   VS   Defendant: AMAYA PARTNERS LLC, AND KUNAL

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| 1533207 | 6/21/2023 | 1533207 | AMAYA PARTNERS LLC | | | **$74.45** | Current |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | COPIES | | | 63 | $0.15 | $9.45 | |
| 1533207 | 6/21/2023 | 1533208 | KUNAL PASAWALA | | | **$35.00** | Current |
| | Second defendant at same | | | 1 | $35.00 | $35.00 | |
| 1533207 | 6/21/2023 | 1534128 | AMAYA PARTNERS LLC | | | **$195.00** | Current |
| | OUT OF STATE | | | 1 | $195.00 | $195.00 | |
| 1533207 | 6/21/2023 | 1534133 | KUNAL PASAWALA | | | **$95.00** | Current |
| | Second defendant at same | | | 1 | $95.00 | $95.00 | |

**CASE AMOUNT DUE:**    **$399.45**

**CASE: 1:23-CV-03694-VEC**   Client File #  smith vs.proguard

Plaintiff: AARON SMITH, ON BEHALF OF HIMSELF   VS   Defendant: PROGUARD PROTECTION INC.,

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| 1532032 | 5/26/2023 | 1532032 | PROGUARD PROTECTION INC., | | **$105.00** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 |
| | Advanced Secretary of State Fee | | | 1 | $40.00 | $40.00 |

Preferred Process Servers Inc.
166-06 24th Road, Whitestone, NY 11357
Statement covers unpaid invoices through 06/27/2023.

**Statement Date**
06/27/2023

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| **1532032** | **5/26/2023** | **1532033** | **ROBERT HALL** | | | **$65.00** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | | | | | | | |
| **CASE AMOUNT DUE:** | | | | | | **$170.00** | |

---

**CASE: 1:23-cv-03837-BMC**    **Client File #**

Plaintiff: PORSCHA BRAUN, ON BEHALF OF    VS    Defendant: HEIGHTS ADVISORS LLC, HEIGHTS

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| **1533726** | **6/13/2023** | **1533726** | **JOANA NEWBOLD** | | | **$76.40** | **Current** |
| | COPIES | | | 76 | $0.15 | $11.40 | |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| **1533726** | **6/13/2023** | **1533727** | **HEIGHTS REALTY ADVISORS LLC** | | | **$105.00** | **Current** |
| | Advanced Secretary of State Fee | | | 1 | $40.00 | $40.00 | |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | | | | | | | |
| **CASE AMOUNT DUE:** | | | | | | **$181.40** | |

---

**CASE: 1:23-CV-03339-RPK-RML**    **Client File #** sipko vs. kocan

Plaintiff: JURAJ SIPKO, ON BEHALF OF HIMSELF    VS    Defendant: NORBERT KOCAN

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| **1532028** | **5/16/2023** | **1532028** | **NORBERT KOCAN** | | | **$65.00** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | | | | | | | |
| **CASE AMOUNT DUE:** | | | | | | **$65.00** | |

---

**CASE: 1:22-CV-06010-LDH-CLP**    **Client File #** jones vs. mega home

Plaintiff: LEROY JONES, ON BEHALF OF HIMSELF    VS    Defendant: MEGA HOME & LINEN, INC., AND

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| **1532138** | **5/17/2023** | **1532138** | **MEGA HOME & LINEN, INC.,** | | | **$75.80** | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | COPIES | | | 72 | $0.15 | $10.80 | |
| **1532138** | **5/17/2023** | **1532139** | **SHAUN ZAKARIA** | | | **$35.00** | Over 30 Days |
| | Second defendant at same | | | 1 | $35.00 | $35.00 | |
| | | | | | | | |
| **CASE AMOUNT DUE:** | | | | | | **$110.80** | |

---

**CASE: 1:22-CV-10581**    **Client File #** nieves vs. vanderleigh

Plaintiff: EDUARDO NIEVES, AND VERONICA    VS    Defendant: VANDERLEIGH PROPERTIES, LLC, ET

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| **1528933** | **3/27/2023** | **1528933** | **HENRY MOSES JR (AKA SKIP MOSES)** | | | **$120.20** | Over 30 Days |
| | Standard Service - Westchester | | | 1 | $95.00 | $95.00 | |
| | COPIES | | | 168 | $0.15 | $25.20 | |
| **1528933** | **3/27/2023** | **1528934** | **ROBERT MOSES** | | | **$55.00** | Over 30 Days |
| | Second defendant at same | | | 1 | $55.00 | $55.00 | |
| **1528933** | **3/27/2023** | **1528935** | **KELVIN TREVINO** | | | **$55.00** | Over 30 Days |
| | Second defendant at same | | | 1 | $55.00 | $55.00 | |
| | | | | | | | |
| **CASE AMOUNT DUE:** | | | | | | **$230.20** | |

**Preferred Process Servers Inc.**
166-06 24th Road, Whitestone, NY 11357

**Statement Date**
06/27/2023

Statement covers unpaid invoices through 06/27/2023.

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| **CASE: 1:23-cv-04298-JLR** | | | **Client File #** nguyen v. pho | | | |
| Plaintiff: HUNG NGUYEN, ON BEHALF OF | | vs | Defendant: PHO VIETNAM 87 CORPORATION, PHO | | | |

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| **1533360** | **6/12/2023** | **1533360** | **NANCY HUYNH** | | **$78.20** | **Current** |
| Standard Service | | | | 1 | $65.00 | $65.00 |
| COPIES | | | | 88 | $0.15 | $13.20 |
| **1533360** | **6/12/2023** | **1533362** | **PHO VIETNAM 87 CORPORATION** | | **$105.00** | **Current** |
| Advanced Secretary of State Fee | | | | 1 | $40.00 | $40.00 |
| Standard Service | | | | 1 | $65.00 | $65.00 |

| | | | **CASE AMOUNT DUE:** | | **$183.20** | |
|---|---|---|---|---|---|---|

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| **CASE: 1:23-CV-01680-RPK-MMH** | | | **Client File #** lozado vs. centro glass | | | |
| Plaintiff: EMANUEL BERMEO LOZADO, AND | | vs | Defendant: CENTRO GLASS CORP., AND VICTOR | | | |

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| **1528147** | **4/28/2023** | **1528147** | **CENTRO GLASS CORP.** | | **$117.00** | Over 30 Days |
| Standard Service | | | | 1 | $65.00 | $65.00 |
| Advanced Secretary of State Fee | | | | 1 | $40.00 | $40.00 |
| COPIES | | | | 80 | $0.15 | $12.00 |
| **1528147** | **4/28/2023** | **1528148** | **VICTOR ELIAS BERMEO GUZMAN** | | **$65.00** | Over 30 Days |
| Standard Service | | | | 1 | $65.00 | $65.00 |

| | | | **CASE AMOUNT DUE:** | | **$182.00** | |
|---|---|---|---|---|---|---|

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| **CASE: 1:22-CV-08439** | | | **Client File #** di michele vs. amaya | | | |
| Plaintiff: ALESSIA DI MICHELE ON BEHALF OF | | vs | Defendant: AMAYA PARTNERS LLC AND KUNAL | | | |

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| **1528705** | **4/12/2023** | **1528705** | **AMAYA PARTNERS LLC** | | **$195.00** | Over 30 Days |
| Out of State | | | | 1 | $195.00 | $195.00 |
| **1528705** | **4/12/2023** | **1528706** | **KUNAL PASAWALA** | | **$95.00** | Over 30 Days |
| Second defendant at same | | | | 1 | $95.00 | $95.00 |

| | | | **CASE AMOUNT DUE:** | | **$290.00** | |
|---|---|---|---|---|---|---|

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| **CASE: 22-cv-7560** | | | **Client File #** lunnon vs. rigolo | | | |
| Plaintiff: BRIAN LUNNON ON BEHALF OF HIMSELF | | vs | Defendant: RIGOLO PRODUCTIONS LLC AND RICK | | | |

| Invoice # | Invoice Date | Job # | Servee | | Amount | Status |
|---|---|---|---|---|---|---|
| **1528917** | **4/1/2023** | **1528917** | **RICK ROSA** | | **$180.70** | Over 30 Days |
| Rush Service | | | | 1 | $175.00 | $175.00 |
| COPIES | | | | 38 | $0.15 | $5.70 |

| | | | **CASE AMOUNT DUE:** | | **$180.70** | |
|---|---|---|---|---|---|---|

Preferred Process Servers Inc.
166-06 24th Road, Whitestone, NY 11357
Statement covers unpaid invoices through 06/27/2023.

**Statement Date**
06/27/2023

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|--------------|-------|--------|---|---|--------|--------|

**CASE: 1:22-CV-07197-PAE-SLC**     **Client File #** nochimson vs. oasis

Plaintiff: DEBRA NOCHIMSON, on behalf of herself   VS   Defendant: OASIS LUXE MANAGEMENT & CO.

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|-----------|--------------|-------|--------|---|---|--------|--------|
| **1531084** | **6/16/2023** | **1531084** | **MICHAEL G. MEMON** | | | **$195.00** | **Current** |
| | Out of State | | | 1 | $195.00 | $195.00 | |
| **1531084** | **6/16/2023** | **1534178** | **MICHAEL G. MEMON** | | | **$195.00** | **Current** |
| | OUT OF STATE | | | 1 | $195.00 | $195.00 | |
| **CASE AMOUNT DUE:** | | | | | | **$390.00** | |

| | | |
|---|---|---|
| TOTAL CHARGES: | | $9,953.55 |
| TOTAL PAYMENTS: | | |
| **TOTAL AMOUNT DUE:** | | **$9,953.55** |

# PREFERRED PROCESS SERVERS INC.

166-06 24th Road, Whitestone, NY 11357

Phone 718-362-4890 -- FAX 718-352-0400
info@ppservers.com

**Due By: 06/07/2023**
Invoice Date: 5/8/2023
Invoice #: 1531968

Attn:

LEVIN EPSTEIN & ASSOCIATES PC
60 EAST 42ND ST., STE#4700
NEW YORK , NY 10165

**TOTAL INVOICE AMOUNT DUE**

**$135.00**

- - - - - - -                                                                                    - - - - - - -

---

**Job #:** 1531968      **Your #:** hernandez vs. happy street
**Plaintiff:** AARON HERNANDEZ, ON BEHALF OF HIMSELF AND
**Defendant:** HAPPY STREET LLC, HAPPY STREET TOO LLC, AND
**Index Number** 1:22-CV-06918-DG-TAM
**Documents:** SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL

**Recipient:**
HAPPY STREET LLC
**Person Served:**
John Doe, REFUSED NAME
924 COLUMBUS AVENUE, NEW YORK, NY 10025

**Date Received:**
5/3/2023
**Completed:**
5/8/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Standard Service | 1 | $65.00 | $65.00 |
| | | Job Total Due = | $65.00 |

---

**Job #:** 1531971      **Your #:** hernandez vs. happy street
**Plaintiff:** AARON HERNANDEZ, ON BEHALF OF HIMSELF AND
**Defendant:** HAPPY STREET LLC, HAPPY STREET TOO LLC, AND
**Index Number** 1:22-CV-06918-DG-TAM
**Documents:** SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL

**Recipient:**
HAPPY STREET TOO LLC
**Person Served:**
John Doe, REFUSED NAME
924 COLUMBUS AVENUE, NEW YORK, NY 10025

**Date Received:**
5/3/2023
**Completed:**
5/8/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Second defendant at same address | 1 | $35.00 | $35.00 |
| | | Job Total Due = | $35.00 |

---

**Job #:** 1531972      **Your #:** hernandez vs. happy street
**Plaintiff:** AARON HERNANDEZ, ON BEHALF OF HIMSELF AND
**Defendant:** HAPPY STREET LLC, HAPPY STREET TOO LLC, AND
**Index Number** 1:22-CV-06918-DG-TAM
**Documents:** SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL

**Recipient:**
SLOBODAN RADIVOJEVIC
**Person Served:**
John Doe, REFUSED NAME
924 COLUMBUS AVENUE, NEW YORK, NY 10025

**Date Received:**
5/3/2023
**Completed:**
5/8/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Second defendant at same address | 1 | $35.00 | $35.00 |
| | | Job Total Due = | $35.00 |

# PREFERRED PROCESS SERVERS INC.

166-06 24th Road, Whitestone, NY 11357

Phone 718-362-4890 -- FAX 718-352-0400
info@ppservers.com

Invoice For: LEVIN EPSTEIN & ASSOCIATES PC

**TOTAL INVOICE CHARGES:**             **$135.00**

**TOTAL INVOICE PAYMENTS:**

**TOTAL INVOICE AMOUNT DUE:**          **$135.00**

# PREFERRED PROCESS SERVERS INC.

166-06 24th Road, Whitestone, NY 11357

Phone 718-362-4890 -- FAX 718-352-0400
info@ppservers.com

**Due By: 06/10/2023**
Invoice Date: 5/11/2023
Invoice #: 1531290

Attn:

LEVIN EPSTEIN & ASSOCIATES PC
60 EAST 42ND ST., STE#4700
NEW YORK , NY 10165

**TOTAL INVOICE AMOUNT DUE**

**$147.60**

- - - - - - -                                                              - - - - - - -

---

**Job #:** 1531290    **Your #:** hernandez vs. happy
**Plaintiff:** AARON HERNANDEZ, ON BEHALF OF HIMSELF AND
**Defendant:** HAPPY STREET LLC, HAPPY STREET TOO LLC, AND
**Index Number** 1:22-CV-06918-DG-TAM
**Documents:** SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL

**Recipient:** HAPPY STREET LLC
**Person Served:** Tony Doe
924 COLUMBUS AVENUE, NEW YORK, NY 10025

**Date Received:** 4/25/2023
**Completed:** 5/5/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Standard Service | 1 | $65.00 | $65.00 |
| COPIES | 84 | $0.15 | $12.60 |

Job Total Due =     $77.60

---

**Job #:** 1531292    **Your #:** hernandez vs. happy
**Plaintiff:** AARON HERNANDEZ, ON BEHALF OF HIMSELF AND
**Defendant:** HAPPY STREET LLC, HAPPY STREET TOO LLC, AND
**Index Number** 1:22-CV-06918-DG-TAM
**Documents:** SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL

**Recipient:** HAPPY STREET TOO LLC
**Person Served:** Tony Doe
924 COLUMBUS AVENUE, NEW YORK, NY 10025

**Date Received:** 4/25/2023
**Completed:** 5/5/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Second defendant at same address | 1 | $35.00 | $35.00 |

Job Total Due =     $35.00

---

**Job #:** 1531293    **Your #:** hernandez vs. happy
**Plaintiff:** AARON HERNANDEZ, ON BEHALF OF HIMSELF AND
**Defendant:** HAPPY STREET LLC, HAPPY STREET TOO LLC, AND
**Index Number** 1:22-CV-06918-DG-TAM
**Documents:** SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL

**Recipient:** SLOBODAN RADIVOJEVIC
**Person Served:** Tony Doe
924 COLUMBUS AVENUE, NEW YORK, NY 10025

**Date Received:** 4/25/2023
**Completed:** 5/5/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Second defendant at same address | 1 | $35.00 | $35.00 |

Job Total Due =     $35.00

# PREFERRED PROCESS SERVERS INC.

166-06 24th Road, Whitestone, NY 11357                          Phone 718-362-4890  --  FAX 718-352-0400
info@ppservers.com

Invoice For: LEVIN EPSTEIN & ASSOCIATES PC

**TOTAL INVOICE CHARGES:**                                                              **$147.60**
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:**                                                           **$147.60**

Preferred Process Servers Inc.

166-06 24th Road, Whitestone, NY 11357

Statement covers unpaid invoices through 06/27/2023.

**Statement Date**

06/27/2023

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|

**CASE: 1:23-CV-00004-AT**          **Client File #** holguin vs. quality

Plaintiff: CAMILO HOLGUIN, AND ASTRID COELLO,   VS   Defendant: QUALITY FURNITURE NY LLC,

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| 1531289 | 5/4/2023 | 1531289 | ISSA NASRALLAH | | | $144.30 | Over 30 Days |
| | Standard Service  UPSTATE | | | 1 | $135.00 | $135.00 | |
| | COPIES | | | 62 | $0.15 | $9.30 | |

**CASE AMOUNT DUE:**                                                         **$144.30**

**CASE: 1:23-CV-02028-RPK-TAM**          **Client File #** blanco vs. winstar

Plaintiff: IRVING BLANCO, KEVIN GREGORIO   VS   Defendant: WINSTAR SERVICE INC., KINGSLAND

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| 1528944 | 4/1/2023 | 1528944 | THOMAS LIN | | | $80.00 | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | COPIES | | | 100 | $0.15 | $15.00 | |
| 1528944 | 4/1/2023 | 1528945 | WINSTAR SERVICE INC., | | | $105.00 | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | Advanced Secretary of State Fee | | | 1 | $40.00 | $40.00 | |

**CASE AMOUNT DUE:**                                                         **$185.00**

**CASE: 1:22-CV-10500-CM**          **Client File #** altamirano vs. 127

Plaintiff: JAIME ALTAMIRANO ON BEHALF OF   VS   Defendant: 127 FOURTH AVENUE RESTAURANT

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| 1529592 | 5/11/2023 | 1529592 | 127 FOURTH AVENUE RESTAURANT LLC | | | $117.60 | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |
| | Advanced Secretary of State Fee | | | 1 | $40.00 | $40.00 | |
| | COPIES | | | 84 | $0.15 | $12.60 | |
| 1529592 | 5/11/2023 | 1529593 | NAPHTALY ABENAIM | | | $65.00 | Over 30 Days |
| | Standard Service | | | 1 | $65.00 | $65.00 | |

**CASE AMOUNT DUE:**                                                         **$182.60**

**CASE: 1:22-CV-06918-DG-TAM**          **Client File #** hernandez vs. happy street

Plaintiff: AARON HERNANDEZ, on behalf of himself   VS   Defendant: HAPPY STREET LLC, HAPPY STREET

| Invoice # | Invoice Date | Job # | Servee | | | Amount | Status |
|---|---|---|---|---|---|---|---|
| 1529340 | 5/16/2023 | 1529340 | SLOBODAN RADIVOJEVIC (A/K/A BOB | | | $201.30 | Over 30 Days |
| | Out of State | | | 1 | $195.00 | $195.00 | |
| | COPIES | | | 42 | $0.15 | $6.30 | |
| 1529340 | 5/16/2023 | 1529341 | HAPPY STREET TOO LLC | | | $75.00 | Over 30 Days |
| | Second defendant at same | | | 1 | | $75.00 | |
| 1529340 | 5/16/2023 | 1530007 | SLOBODAN RADIVOJEVIC (A/K/A BOB | | | $195.00 | Over 30 Days |
| | Out of State | | | 1 | $195.00 | $195.00 | |
| 1529340 | 5/16/2023 | 1530008 | HAPPY STREET TOO LLC | | | $75.00 | Over 30 Days |
| | Second defendant at same | | | 1 | $75.00 | $75.00 | |

**CASE AMOUNT DUE:**                                                         **$546.30**

Robert J. Kheel
140 Riverside Drive
New York, NY 10024

By PDF

August 23, 2024

Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165

Emanuel Kataev, Esq
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073

Re :  **Hernandez v. Happy Street LLC et al 22-cv-06918-DG**

Dear Counsel:

It was a pleasure working with you both. I regret that we were unable to reach a settlement despite everyone's efforts.

Pursuant to our engagement letter I am enclosing a statement for $850 representing the 5 hours we spent at the mediation. This includes $600 for the first 4 hours and $250 an hour for the final one.   Each of the parties is responsible for one half or $$425.

If there are any questions, please feel free to ask. All the best to each of you and your respective clients.

Very Truly Yours,

Robert J Kheel

Robert J. Kheel

Enclosure

# Invoice

August 23, 2024
Robert J. Kheel
140 Riverside Drive
New York, NY 10024

To:  Jason Mizrahi, Esq and Emanuel Kataev, Esq

For Professional Services rendered as mediator in the matter of the mediation of **Hernandez v. Happy Street LLC et al 22-cv-06918-DG**

**Total Due**                                          **$850**

($600 for the first four hours $250 for the subsequent 1 hour)

Share of Fees owed by each party

Plaintiffs                                               $425

Defendants                                             $425