UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

Aaron Hernandez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                    *Plaintiff*,

-*against*-

Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic),

                    *Defendants*.

-----------------------------------------------------------------------X

Case No.: 1:22-cv-6918 (DG) (TAM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Aaron Hernandez (the "Plaintiff") and Defendants Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic) (the "Defendants") that this case is dismissed, with prejudice, in its entirety and with no award of attorneys' fees, costs, or disbursements to Plaintiff or Defendants by the Court. Pursuant to the terms of the Agreement, the Court retains jurisdiction over disputes between the parties for purposes of enforcement of the settlement.

**LEVIN-EPSTEIN & ASSOCIATES, PLLC**

By: *Jason Mizrahi*
Jason Mizrahi, Esq.
420 Lexington Avenue, Suite 2458
New York, New York 10170
Tel. No. (212) 792-0048
*Attorneys for Plaintiff*

Dated: July 7, 2025

**SAGE LEGAL LLC**

By: /s/ Emanuel Kataev
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
Tel. No.: (718) 412-2421
*Attorneys for Defendants*

Dated: July 7, 2025

SO ORDERED THIS ____ DAY OF _____, 2025.

_____