# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Joshua@levinepstein.com

July 15, 2025

*Via Electronic Filing*
The Hon. Taryn A. Merkl, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Hernandez v. Happy Street LLC et al*
         Case No.: 1:22-cv-06918-DG-TAM

Dear Honorable Magistrate Judge Merkl:

 This law firm represents Plaintiff Aaron Hernandez (the "Plaintiff") in the above-referenced action.

 Pursuant to the directives contained in Your Honor's July 9, 2025 Order, the instant letter respectfully serves to advise the Court of the status of the proceedings.

 Defendants Happy Street LLC, Happy Street Too LLC (together, the "Corporate Defendants") and Slobodan Radivojevic a/k/a Bob Radivojevic (the "Individual Defendant", and collectively, the "Defendants") have opted not to consent to Your Honor's jurisdiction, as set forth more fully in the Court's July 9, 2025 Order.

 The parties remain prepared to proceed with the telephonic *Cheeks* hearing scheduled for July 22, 2025 at 2:30 p.m.

 Thank you, in advance, for your time and attention to this matter.

                Respectfully submitted,

                LEVIN-EPSTEIN & ASSOCIATES, P.C.

                By: */s/ Joshua Levin-Epstein*
                   Joshua Levin-Epstein, Esq.
                   420 Lexington Avenue, Suite 2458
                   New York, NY 10170
                   Tel. No.: (212) 792-0046
                   Email: Joshua@levinepstein.com
                   *Attorneys for Plaintiff*

VIA ECF: All Counsel