UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

Aaron Hernandez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                                      *Plaintiff*,

-*against*-

Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic),

                                      *Defendants*.

---------------------------------------------------------------------X

Case No.: 1:22-cv-6918 (DG) (TAM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

       **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Aaron Hernandez (the "Plaintiff") and Defendants Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic) (the "Defendants") that this case is dismissed, with prejudice, in its entirety and with no award of attorneys' fees, costs, or disbursements to Plaintiff or Defendants by the Court.

       **IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature has the same force and effect as an original signature.

| **LEVIN-EPSTEIN & ASSOCIATES, PLLC** | **SAGE LEGAL LLC** |
|---|---|
| By: /s/ Jason Mizrahi | By: /s/ Emanuel Kataev |
| Jason Mizrahi, Esq. | Emanuel Kataev, Esq. |
| 420 Lexington Avenue, Suite 2458 | 18211 Jamaica Avenue |
| New York, New York 10170 | Jamaica, NY 11423-2327 |
| Tel. No. (212) 792-0048 | Tel. No.: (718) 412-2421 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Dated: August 15, 2025 | Dated: August 15, 2025 |

SO ORDERED THIS _____ DAY OF _____, 2025.

_____