UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
Aaron Hernandez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                                         *Plaintiff*,

-*against*-

Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic),

                                         *Defendants*.
-----------------------------------------------------------------------X

Case No.: 1:22-cv-6918 (DG) (TAM)

**Affidavit of Confession of Judgment –**

**Happy Street Too LLC**

STATE OF FLORIDA            )
                                        )ss:
COUNTY OFMIAMI-DADE    )

       Slobodan Radivojevic (a/k/a Bob Radivojevic), being duly sworn, deposes and states as follows:

       1.     I am an adult individual residing at 7441 Wayne Avenue, Apartment 7F, Miami, FL 33141

       2.     I am the Member of Corporate Defendant Happy Street Too LLC (the "Corporate Defendant").

       3.     I am duly authorized to make this affidavit on behalf of the Corporate Defendant.

       4.     The Corporate Defendant is a signatory to that certain Settlement Agreement, made by and between Plaintiff Aaron Hernandez (the "Plaintiff"), and Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic) (collectively, the "Defendants"), on the other hand (the "Settlement Agreement").

       5.     I make this affidavit in support of Plaintiff's application for the entry of a judgment by confession against the Corporate Defendant, in the sum of Fifty Thousand Dollars and Zero Cents ($50,000.00), together with all reasonable attorneys' fees and costs, less any payments made under the Settlement Agreement.

       6.     This confession of judgment is for a debt due to Plaintiff.

       7.     The facts out of which the debt arose and the sum confession due is set forth below:

8. WHEREAS, on November 13, 2022, Plaintiff commenced an action in the United States District Court of the Eastern District of New York (the "Court") captioned *Hernandez v. Happy Street LLC et al,* Case No. 1:22-cv-06918-DG-TAM (the "Pending Action") against Defendants, alleging violations under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. ("FLSA"), the New York Labor Law, N.Y. Lab. Law §§ 190, 650 *et seq*. ("NYLL"), and the New York Wage Theft Prevention Act ("WTPA") (collectively, the "Claims");

9. On May 1, 2025, following a virtual settlement conference held on April 10, 2025, after multiple rounds of negotiations, the Honorable Magistrate Judge Taryn A. Merkl communicated a mediator's proposal.

10. On May 6, 2025, the parties accepted the Honorable Magistrate Judge Taryn A. Merkl's mediator's proposal, and reached a resolution, in principle, to settle this matter. The Parties finalized the terms, memorialized in the accompanying Settlement Agreement, for the settlement of Plaintiff's claims for a total sum of $37,500.00 (the "Settlement Amount") to be paid out in accordance with the terms of the Settlement Agreement.

11. In or around June 2025, Plaintiff and Defendants executed the Settlement Agreement.

12. The Agreement provides that Defendants will pay Plaintiff in the total amount of Thirty-Seven Thousand Five Hundred Dollars and Zero Cents ($37,500.00) in thirty-one (31) installments.

13. If Defendants do not remedy the default within five (5) business days upon notice to my attorney via email, I hereby authorize the entry of judgment against Happy Street Too LLC for the entire amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), together with all reasonable attorneys' fees and costs, less any payments made under the Settlement Agreement. I acknowledge and agree that this calls for a judgment in a greater amount than the initial settlement amount, as a penalty for an uncured default.

14. I am represented by Counsel and have been fully advised in regard to this Agreement and Confession of Judgment.

15. I hereby authorize this confessed judgment to be entered with the clerk of any court of competent jurisdiction.

*[Remainder of Page Intentionally Omitted]*

*[Signature Page to Follow]*

**HAPPY STREET TOO LLC**

By: _____
Slobodan Radivojevic (Jun 7, 2025 20:05 GMT+2)
Slobodan Radivojevic (a/k/a Bob Radivojevic)

Dated: Jun 7, 2025

This instrument was acknowledged before me on this ____ day of _____, 2025

_____
Notary Public