# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

November 21, 2025

***Via Electronic Filing***
The Hon. Taryn A. Merkl, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Hernandez v. Happy Street LLC et al*
Case No.: 1:22-cv-06918-DG-TAM

Dear Honorable Magistrate Judge Merkl:

This law firm represents Plaintiff Aaron Hernandez (the "Plaintiff") in the above-referenced action.

Pursuant to Your Honor's Individual Motion Practice Rules, the instant letter respectfully serves to supplement Plaintiff's November 18, 2025 filings [Dckt. Nos. 75-77], of the three (3) confessions of judgment as against Defendants Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic) (collectively, the "Defendants").

By way of background, the Court's August 13, 2025 Order the Court had entered a judgment against Defendants, pursuant to the terms contained in the Settlement Agreement filed on July 9, 2025. [*See* 08/13/2025 Order]. The Settlement Agreement incorporated three (3) confessions of judgment, which allowed Plaintiff to recover "the sum of [$50,000], together with all reasonable attorneys' fees and costs, less any payments made under the Settlement Agreement[,]" in the event of a breach. [*See* Dckt. No. 68].

As set forth more fully in Plaintiff's October 29, 2025 letter [Dckt. No. 74], Defendants failed to consummate their payment obligations under the Settlement Agreement. Written notice of default was provided to Defendants' counsel. [*See* Dckt. No. 74-1].

As a result of the foregoing, Plaintiff is now seeking entry of a judgment pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 58, consistent with the terms contained in the confessions of judgment. According to the directives of the Clerk of Court, a notation should be placed on the record (by the Court), entering the confessions of judgment, which had that the Court had previously found to be fair and reasonable under the motion for approval pursuant to *Cheeks*.

In light of the foregoing, it is respectfully requested that the Court enter an order, approving the confessions of judgment. [Dckt. Nos. 75-77].

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:  */s/ Jason Mizrahi*
      Jason Mizrahi
      420 Lexington Avenue, Suite 2458
      New York, NY 10170
      Tel. No.:  (212) 792-0048
      Email: Jason@levinepstein.com
      *Attorneys for Plaintiff*

VIA ECF: All Counsel

2