UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Aaron Hernandez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                            *Plaintiff,*

    - against -

Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic),

                            *Defendants*.
----------------------------------------------------------------X

Case No.: 1:22-cv-06918-DG-TAM

Hon. Diane Gujarati, U.S.D.J.

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated December 31, 2025, together with the Declaration of Jason Mizrahi (the "Mizrahi Decl."), and the exhibits annexed thereto, Plaintiff Aaron Hernandez ("Plaintiff"), by and through the undersigned counsel, Levin-Epstein & Associates, P.C., will move this Court, for an order: (i) entering a judgment pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 58 and/or 60, consistent with the terms contained in the confessions of judgment filed on July 7, 2025 [Dckt. Nos. 68, 68-1], which this Court had previously found to be fair and reasonable pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) on August 13, 2025 [*see* 08/13/2025 Order], together with such other relief as this Court deems just and proper;

    PLEASE TAKE FURTHER NOTICE that answering and reply papers, if any, must be served by such date that the Court may order.

Dated: New York, New York
December 31, 2025

                                           **LEVIN EPSTEIN & ASSOCIATES, P.C.**

                                       By:    /s/ Jason Mizrahi
                                                  Jason Mizrahi, Esq.
                                                  420 Lexington Avenue, Suite 2458
                                                 New York, NY 10170
                                                 Tel. No.: (212) 792-0048
                                                 Email: jason@levinepstein.com
                                                 *Attorneys for Plaintiff*

Cc:    All parties via ECF