UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Aaron Hernandez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                     *Plaintiff,*

       - *against* -

Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic),

                                   *Defendants*.
----------------------------------------------------------------X

Case No.: 1:22-cv-06918-DG-TAM

**DECLARATION OF JASON MIZRAHI**

       **JASON MIZRAHI**, an attorney duly admitted to practice in the United States District Court of the Eastern District of New York, affirms the following under the penalties of perjury:

       1.     I am an associate at Levin-Epstein & Associates, P.C., attorneys for Plaintiff Aaron Hernandez ("Plaintiff") in the above-captioned matter. As Plaintiff's counsel, I am familiar with the facts and circumstances discussed herein based upon personal knowledge and the files maintained by this office.

       2.     I make this declaration in support of Plaintiff's motion for the entry of a judgment pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 58[1], consistent with the terms contained in the confessions of judgment filed on July 7, 2025 [Dckt. Nos. 68, 68-1], which this Court had previously found to be fair and reasonable pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) ("Cheeks") on August 13, 2025 [see 08/13/2025 Order],

       3.     A true and correct copy of the parties' settlement agreement, and accompanying exhibits (the "Settlement Agreement"), filed on July 7, 2025 [Dckt. No. 68], is annexed hereto as Exhibit "A".

---

[1] In the alternative, Plaintiff moves for relief under Fed.R.Civ.P. 60.

1

4. For ease of reference, true and correct copies of the Confessions of Judgment, incorporated as Exhibit "A" to the Settlement Agreement, are annexed hereto as a compendium Exhibit "B".

5. A true and correct copy of the undersigned's notices of Defendants' breach, is annexed hereto as Exhibit "C".

Dated: New York, New York
December 31, 2025

**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

By: /s/ Jason Mizrahi
Jason Mizrahi, Esq.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Telephone: (212) 792-0048
Email: jason@levinepstein.com
*Attorneys for Plaintiff*