# EXHIBIT B

**Exhibit "A"**

Confession of Judgment – Happy Street LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

Aaron Hernandez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                               *Plaintiff,*

                -*against*-

Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic),

                               *Defendants.*

-------------------------------------------------------------------X

Case No.: 1:22-cv-06918

**Affidavit of Confession of Judgment –**

**Happy Street LLC**

STATE OF ~~NEW YORK~~ Virginia   )

                           )ss:

COUNTY OF Prince William  )

         Slobodan Radivojevic (a/k/a Bob Radivojevic), being duly sworn, deposes and states as follows:

         1.     I am an adult individual residing at 7441 Wayne Avenue, Apartment 7F, Miami, FL 33141

         2.     I am the President of Corporate Defendant Happy Street LLC (the "Corporate Defendant").

         3.     I am duly authorized to make this affidavit on behalf of the Corporate Defendant.

         4.     The Corporate Defendant is a signatory to that certain Settlement Agreement, made by and between Plaintiff Aaron Hernandez (the "Plaintiff"), and Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic) (collectively, the "Defendants"), on the other hand (the "Settlement Agreement").

         5.     I make this affidavit in support of Plaintiff's application for the entry of a judgment by confession against the Corporate Defendant, in the sum of Fifty Thousand Dollars and Zero Cents ($50,000.00), together with all reasonable attorneys' fees and costs, less any payments made under the Settlement Agreement.

         6.     This confession of judgment is for a debt due to Plaintiff.

         7.     The facts out of which the debt arose and the sum confession due is set forth below:

         8.     WHEREAS, on November 13, 2022, Plaintiff commenced an action in the United States District Court of the Eastern District of New York (the "Court") captioned *Hernandez v. Happy Street LLC et al,* Case No. 1:22-cv-06918-DG-TAM (the "Pending Action") against Defendants, alleging violations under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*

("FLSA"), the New York Labor Law, N.Y. Lab. Law §§ 190, 650 *et seq*. ("NYLL"), and the New York Wage Theft Prevention Act ("WTPA") (collectively, the "Claims");

9.      On May 1, 2025, following a virtual settlement conference held on April 10, 2025, after multiple rounds of negotiations, the Honorable Magistrate Judge Taryn A. Merkl communicated a mediator's proposal.

10.      On May 6, 2025, the parties accepted the Honorable Magistrate Judge Taryn A. Merkl's mediator's proposal, and reached a resolution, in principle, to settle this matter. The Parties finalized the terms, memorialized in the accompanying Settlement Agreement, for the settlement of Plaintiff's claims for a total sum of $37,500.00 (the "Settlement Amount") to be paid out in accordance with the terms of the Settlement Agreement.

11.      In or around May 2025, Plaintiff and Defendants executed the Settlement Agreement.

12.      The Agreement provides that Defendants will pay Plaintiff in the total amount of Thirty-Seven Thousand Five Hundred Dollars and Zero Cents ($37,500.00) in thirty-one (31) installments.

13.      If Defendants do not remedy the default within five (5) days, I hereby authorize the entry of judgment against Happy Street LLC for the entire amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), together with all reasonable attorneys' fees and costs, less any payments made under the Settlement Agreement. I acknowledge and agree that this calls for a judgment in a greater amount than the initial settlement amount, as a penalty for an uncured default.

14.      I am represented by Counsel and have been fully advised in regard to this Agreement and Confession of Judgment.

15.      I hereby authorize this confessed judgment to be entered with the clerk of any court of competent jurisdiction.

*[Remainder of Page Intentionally Omitted]*

*[Signature Page to Follow]*

**HAPPY STREET LLC**

By: _____

Slobodan    Radivojevic    (a/k/a    Bob
Radivojevic)

Dated: 06/17/2025
_____

This instrument was acknowledged before me on this
17th day of June , 2025

_____
Notary Public



Ashley Blair Garrison
_____
REGISTRATION NUMBER
8069823
COMMISSION EXPIRES
February 28, 2027

Notarized remotely online using communication technology via Proof.

**Exhibit "B"**

Confession of Judgment – Happy Street Too LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X

Aaron Hernandez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                                  *Plaintiff*,

                    -against-

Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic),

                                *Defendants*.
--------------------------------------------------------------------X

Case No.: 1:22-cv-06918

**Affidavit of Confession of Judgment –**

**Happy Street Too LLC**

STATE OF ~~NEW YORK~~ Virginia  )
                             )ss:
COUNTY OF Prince William  )

      Slobodan Radivojevic (a/k/a Bob Radivojevic), being duly sworn, deposes and states as follows:

      1.     I am an adult individual residing at 7441 Wayne Avenue, Apartment 7F, Miami, FL 33141

      2.     I am the President of Corporate Defendant Happy Street Too LLC (the "Corporate Defendant").

      3.     I am duly authorized to make this affidavit on behalf of the Corporate Defendant.

      4.     The Corporate Defendant is a signatory to that certain Settlement Agreement, made by and between Plaintiff Aaron Hernandez (the "Plaintiff"), and Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic) (collectively, the "Defendants"), on the other hand (the "Settlement Agreement").

      5.     I make this affidavit in support of Plaintiff's application for the entry of a judgment by confession against the Corporate Defendant, in the sum of Fifty Thousand Dollars and Zero Cents ($50,000.00), together with all reasonable attorneys' fees and costs, less any payments made under the Settlement Agreement.

      6.     This confession of judgment is for a debt due to Plaintiff.

      7.     The facts out of which the debt arose and the sum confession due is set forth below:

      8.     WHEREAS, on November 13, 2022, Plaintiff commenced an action in the United States District Court of the Eastern District of New York (the "Court") captioned *Hernandez v. Happy Street LLC et al,* Case No. 1:22-cv-06918-DG-TAM (the "Pending Action") against Defendants, alleging violations under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*

("FLSA"), the New York Labor Law, N.Y. Lab. Law §§ 190, 650 *et seq*. ("NYLL"), and the New York Wage Theft Prevention Act ("WTPA") (collectively, the "Claims");

9.      On May 1, 2025, following a virtual settlement conference held on April 10, 2025, after multiple rounds of negotiations, the Honorable Magistrate Judge Taryn A. Merkl communicated a mediator's proposal.

10.      On May 6, 2025, the parties accepted the Honorable Magistrate Judge Taryn A. Merkl's mediator's proposal, and reached a resolution, in principle, to settle this matter. The Parties finalized the terms, memorialized in the accompanying Settlement Agreement, for the settlement of Plaintiff's claims for a total sum of $37,500.00 (the "Settlement Amount") to be paid out in accordance with the terms of the Settlement Agreement.

11.      In or around May 2025, Plaintiff and Defendants executed the Settlement Agreement.

12.      The Agreement provides that Defendants will pay Plaintiff in the total amount of Thirty-Seven Thousand Five Hundred Dollars and Zero Cents ($37,500.00) in thirty-one (31) installments.

13.      If Defendants do not remedy the default within five (5) days, I hereby authorize the entry of judgment against Happy Street Too LLC for the entire amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), together with all reasonable attorneys' fees and costs, less any payments made under the Settlement Agreement. I acknowledge and agree that this calls for a judgment in a greater amount than the initial settlement amount, as a penalty for an uncured default.

14.      I am represented by Counsel and have been fully advised in regard to this Agreement and Confession of Judgment.

15.      I hereby authorize this confessed judgment to be entered with the clerk of any court of competent jurisdiction.

*[Remainder of Page Intentionally Omitted]*

*[Signature Page to Follow]*

mi_

**Exhibit "C"**

Confession of Judgment – Happy Street Too LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

Aaron Hernandez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                                       *Plaintiff*,

                           -against-

Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic),

                                  *Defendants*.
-------------------------------------------------------------------X

Case No.: 1:22-cv-06918

**Affidavit of Confession of Judgment –**

**Slobodan Radivojevic (a/k/a Bob Radivojevic)**

STATE OF ~~NEW YORK~~ Virginia   )
                           )ss:
COUNTY OF Prince William   )

     Slobodan Radivojevic (a/k/a Bob Radivojevic), being duly sworn, deposes and states as follows:

     1.     I am an adult individual residing at 7441 Wayne Avenue, Apartment 7F, Miami, FL 33141

     2.     I am a signatory to that certain Settlement Agreement, made by and between Plaintiff Aaron Hernandez (the "Plaintiff"), and Happy Street LLC, Happy Street Too LLC, and Slobodan Radivojevic (a/k/a Bob Radivojevic) (collectively, the "Defendants"), on the other hand (the "Settlement Agreement").

     3.     I make this affidavit in support of Plaintiff's application for the entry of a judgment by confession against me, personally, in the sum of Fifty Thousand Dollars and Zero Cents ($50,000.00), together with all reasonable attorneys' fees and costs, less any payments made under the Settlement Agreement.

     4.     This confession of judgment is for a debt due to Plaintiff.

     5.     The facts out of which the debt arose and the sum confession due is set forth below:

     6.     WHEREAS, on November 13, 2022, Plaintiff commenced an action in the United States District Court of the Eastern District of New York (the "Court") captioned *Hernandez v. Happy Street LLC et al,* Case No. 1:22-cv-06918-DG-TAM (the "Pending Action") against Defendants, alleging violations under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. ("FLSA"), the New York Labor Law, N.Y. Lab. Law §§ 190, 650 *et seq*. ("NYLL"), and the New York Wage Theft Prevention Act ("WTPA") (collectively, the "Claims");

7.      On May 1, 2025, following a virtual settlement conference held on April 10, 2025, after multiple rounds of negotiations, the Honorable Magistrate Judge Taryn A. Merkl communicated a mediator's proposal.

8.      On May 6, 2025, the parties accepted the Honorable Magistrate Judge Taryn A. Merkl's mediator's proposal, and reached a resolution, in principle, to settle this matter. The Parties finalized the terms, memorialized in the accompanying Settlement Agreement, for the settlement of Plaintiff's claims for a total sum of $37,500.00 (the "Settlement Amount") to be paid out in accordance with the terms of the Settlement Agreement.

9.      In or around May 2025, Plaintiff and Defendants executed the Settlement Agreement.

10.     The Agreement provides that Defendants will pay Plaintiff in the total amount of Thirty-Seven Thousand Five Hundred Dollars and Zero Cents ($37,500.00) in thirty-one (31) installments.

11.     If Defendants do not remedy the default within five (5) days, I hereby authorize the entry of judgment against me, personally, for the entire amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), together with all reasonable attorneys' fees and costs, less any payments made under the Settlement Agreement. I acknowledge and agree that this calls for a judgment in a greater amount than the initial settlement amount, as a penalty for an uncured default.

12.     I am represented by Counsel and have been fully advised in regard to this Agreement and Confession of Judgment.

13.     I hereby authorize this confessed judgment to be entered with the clerk of any court of competent jurisdiction.

*[Remainder of Page Intentionally Omitted]*

*[Signature Page to Follow]*

**SLOBODAN RADIVOJEVIC (A/K/A BOB RADIVOJEVIC)**

_____
Slobodan Radivojevic (a/k/a Bob Radivojevic)

Dated: ___06/17/2025_____

This instrument was acknowledged before me on this
___17th___ day of __June__, 2025

_____
Notary Public

Ashley Blair Garrison

REGISTRATION NUMBER
8069823
COMMISSION EXPIRES
February 28, 2027

Notarized remotely online using communication technology via Proof.