# EXHIBIT C

## Jason Mizrahi

| | |
|---|---|
| **From:** | Jason Mizrahi |
| **Sent:** | Wednesday, September 3, 2025 9:15 AM |
| **To:** | Emanuel Kataev |
| **Cc:** | Joshua Levin-Epstein |
| **Subject:** | Notice of Breach - Hernandez v. Happy Street LLC et al [1:22-cv-06918-DG-TAM] |

Emanuel,

Good morning.

Pursuant to Section 4(a) of the Settlement Agreement, this email respectfully serves to provide you with additional notice of Defendants' breach of their payment obligations of the initial payment in the amount of Ten Thousand Five Hundred Dollars and Zero Cents ($10,500.00) (the "Initial Settlement Payment").

To avoid the consequences of a default, please advise your client to cure the breach, as follows:

| | | | Certified Check Payable To: |
|---|---|---|---|
| **Installment No.** | **Installment Due Date** | **Settlement Payment** | **Levin-Epstein & Associates, P.C.** |
| 1 | 9/8/2025 | $6,500.00 | $6,500.00 |

Please have your client mail the certified check via Federal Express "FedEx First Overnight", "FedEx Priority Overnight", or via a comparable method of overnight delivery, to:

> Levin-Epstein & Associates, P.C.
> Attn.: Jason Mizrahi, Esq.
> 420 Lexington Avenue, Suite 2458
> New York, NY 10170

Alternatively, Wiring Instructions to Levin-Epstein & Associates, P.C. are as follows:

| | |
|---|---|
| Title: | "Levin-Epstein & Associates, P.C, IOLTA" |
| Bank Information: | Chase Bank<br>2 Pennsylvania Plaza<br>New York, NY  10001<br><br>ABA #021000021<br>SWIFT Code CHASUS33XXX (for international wires only) |
| Credit to: | Levin-Epstein & Associates, P.C. |
| Account #: | 566091109 |

> Please confirm once the wire has been made.

Please confirm receipt of this email.

Thank you

1

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Office: (212) 792-0048
Mobile: (301) 758-7351
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*